Douglas A. Kroesch, SB#078835
GALLAWA · BROWN · KROESCH
A Professional Corporation
2207 J Street
Sacramento, CA 95816-4711
(916) 444-9364 (Telephone)
(916) 444-5921 (Facsimile)

Attorneys for Defendants AMSTED
INDUSTRIES INCORPORATED and
CONSOLIDATED METCO INCORPORATED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.  C 09-01209 MMC<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE MAXINE M. CHESNEY**<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

COMES NOW, the parties, by and through their attorneys of record, and stipulate to continuing the Case Management Conference currently scheduled for Friday, August 7, 2009 at 10:30 a.m. in Courtroom No. 7, to either Friday, August 14, 2009; Friday, September 11, 2009; Friday, September 18, 2009; or September 25, 2009 at 10:30 a.m. in Courtroom No. 7, whichever is most convenient for the Court.

///

///

///

///

PAGE 1
**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

This continuance is requested as the attorney for defendants Amsted Industries Incorporated and Consolidated Metco Incorporated, Douglas A. Kroesch, will be out of state on August 7, 2009.

Dated: June 17, 2009

GALLAWA · BROWN · KROESCH
A Professional Corporation

By: _____
Douglas A. Kroesch
Attorneys for Defendants AMSTED INDUSTRIES INCORPORATED and CONSOLIDATED METCO INCORPORATED

Dated: June 17, 2009

BOXER & GERSON, LLP

By: _____
Gary B. Roth
Attorneys for Plaintiff RAYMOND P. MARIOLLE

Dated: June ___, 2009

SONNETT & ASSOCIATES

By: _____
Matt F. Cohen
Attorneys for Defendant VOLVO TRUCKS NORTH AMERICA, INC.

ORDER

IT IS ORDERED that the Case Management Conference currently scheduled for Friday, August 7, 2009 at 10:30 a.m. in Courtroom No. 7, 19th Floor Federal Building, be continued to Friday, _____, 2009 at 10:30 a.m. in Courtroom No. 7, 19th Floor Federal Building.

IT IS SO ORDERED.

MAXINE M. CHESNEY
United States District Judge

PAGE 2
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  This continuance is requested as the attorney for defendants Amsted Industries Incorporated
2  and Consolidated Metco Incorporated, Douglas A. Kroesch, will be out of state on August 7, 2009.
3  Dated: June 17, 2009

GALLAWA · BROWN · KROESCH
A Professional Corporation

By:_____
Douglas A. Kroesch
Attorneys for Defendants AMSTED
INDUSTRIES INCORPORATED and
CONSOLIDATED METCO INCORPORATED

Dated: June ___, 2009

BOXER & GERSON, LLP

By:_____
Gary B. Roth
Attorneys for Plaintiff RAYMOND P. MARIOLLE

Dated: June 19, 2009

SONNETT & ASSOCIATES

By:_____
Matt F. Cohen
Attorneys for Defendant VOLVO TRUCKS NORTH
AMERICA, INC.

## ORDER

IT IS ORDERED that the Case Management Conference currently scheduled for Friday, August 7, 2009 at 10:30 a.m. in Courtroom No. 7, 19th Floor Federal Building, be continued to Friday, September 18, 2009 at 10:30 a.m. in Courtroom No. 7, 19th Floor Federal Building.

IT IS SO ORDERED.

Dated: June 22, 2009

_____
MAXINE M. CHESNEY
United States District Judge

PAGE 2
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE