1 | GARY B. ROTH, ESQ., State Bar No. 248031
2 | BOXER & GERSON, LLP
  | 300 Frank H. Ogawa Plaza, Suite 500
3 | Oakland, California 94612
  | Telephone: (510) 835-8870
4 | Facsimile: (510) 835-0415
  | E-mail: groth@boxerlaw.com
5 |
  | Attorneys for Plaintiff
6 | RAYMOND P. MARIOLLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| RAYMOND P. MARIOLLE, | ) No. C-09-1209 MMC |
|---|---|
| Plaintiff, | ) ASSIGNED FOR ALL PURPOSES TO |
| | ) THE HONORABLE MAXINE M. CHESNEY |
| vs. | ) |
| VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; and DOES 1 through 25, inclusive, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| Defendants. | ) |

COME NOW the parties, by and through their attorneys of record, and stipulate to continuing the Case Management Conference currently scheduled for Friday, September 18, 2009 at 10:30 a.m. in Courtroom No. 7, to either Friday, September 25, 2009; Friday, October 9, 2009; or Friday, October 16, 2009 at 10:30 a.m. in Courtroom No. 7, whichever is most convenient for the Court.

This continuance is requested as the attorney for plaintiff Raymond P. Mariolle will be out of the country on September 18, 2009.

Dated: August 17th, 2009            BOXER & GERSON, LLP

                                    By: /s/ Gary B. Roth
                                        GARY B. ROTH
                                        Attorneys for Plaintiff
                                        RAYMOND P. MARIOLLE

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 | Dated: August 17, 2009

GALLAWA, BROWN, KROESCH
A Professional Corporation

By: /s/ Douglas A. Kroesch
DOUGLAS A. KROESCH
Attorneys for Defendants
AMSTED INDUSTRIES INCORPORATED and
CONSOLIDATED METCO INCORPORATED

Dated: August 17, 2009

SONNETT & ASSOCIATES

By: /s/ Matt F. Cohen
MATT F. COHEN
Attorneys for Defendant
VOLVO TRUCKS NORTH AMERICA, INC.

## ORDER

IT IS ORDERED that the Case Management Conference currently scheduled for Friday, September 18, 2009 at 10:30 a.m. in Courtroom 7, 19th Floor, Federal Building, be continued to Friday, October 9, 2009 at 10:30 a.m. in Courtroom 7, 19th Floor, Federal Building.

IT IS SO ORDERED.

Dated: August 19, 2009

/s/ Maxine M. Chesney
THE HONORABLE MAXINE C. CHESNEY
Judge of the United States District Court