IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO GROUP NORTH AMERICA, INC., et al.,<br><br>Defendants | No. C 09-1209 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE JAMES PLAINTIFF'S MOTION FOR LEAVE TO FILE INTERROGATORIES IN EXCESS OF TWENTY-FIVE** |

Pursuant to Civil Local Rule 72-1, plaintiff's Motion for Leave to File Interrogatories in Excess of Twenty-Five, filed September 11, 2009, is hereby REFERRED to Magistrate Judge Maria Elena James, to whom all discovery matters previously were referred.

The parties will be advised of the next appearance, if any, by Magistrate Judge James's chambers.[1]

**IT IS SO ORDERED**.

Dated: September 15, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The October 7, 2009 hearing before the undersigned, as noted in Docket #22, is vacated.