UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND P. MARIOLLE

Plaintiff(s),

CASE NO. C09-01209 JL

v.

VOLVO GROUP NORTH AMERICA,
INC.; ET AL.

Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Court Processes:
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)  (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

Private Process:
✓   Private ADR *(please identify process and provider)*  Private mediation.

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered.)*

other requested deadline _____

Dated: 6 2 09

Attorney for Plaintiff

Dated: 6/2/09

Attorney for Defendant Volvo Trucks North America, Inc.

Dated: 6/2/09

Attorney for Defendants
Consolidated MetCo & Amsted Industries, Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
✓      Private ADR

Deadline for ADR session
✓      90 days from the date of this order.
other

IT IS SO ORDERED.

Dated: October 13, 2009

_____
DISTRICT
UNITED STATES ~~MAGISTRATE~~ JUDGE