UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>    Plaintiff,<br>  v.<br><br>VOLVO GROUP NORTH AMERICA, INC. *et al.*,<br><br>    Defendant(s).<br>_____/ | No. C 09-1209 MMC (MEJ)<br><br>**ORDER RE: JOINT DISCOVERY DISPUTE LETTER (DKT. #36)** |

**I. INTRODUCTION**

Before the Court is the joint discovery dispute letter ("Joint Letter") filed by Defendant Volvo Trucks North America, Inc. ("Defendant") and non-party USA Waste of California, Inc. ("USA Waste"), on March 18, 2010. (Dkt. #36.) On April 2, 2010, the undersigned held a telephonic conference with the parties, and ORDERED the following.

**II. ORDER**

USA Waste is ORDERED to produce all records relating to the Volvo truck bearing VIN 4V2DC6UE31N322649 in its possession, custody, or control, dating from the manufacture of the vehicle through the end of December 2009. "All records" includes, but is not limited to vehicle inspection reports, driver logs, waste yard weight load records, run sheets with route and stop information, all reports regarding the use of the truck, reports regarding the condition of the truck, maintenance and repair records, safety inspection records, part replacement records, accident reports, photographs, and damage reports. (Joint Letter, Ex. A, Dkt. #36-1.)

Accordingly, Defendant's request that USA Waste be ordered to produce the above documentation is GRANTED, without prejudice to Defendant raising objections as to burden in the future.

**IT IS SO ORDERED.**

Dated: April 2, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California