1  Anthony E. Sonnett (SBN 163182)
   Trevor J. Ingold (SBN 193227)
2  Matt F. Cohen (SBN 261275)
   SONNETT ♦ INGOLD
3  333 S. Grand Avenue, Suite 3550
   Los Angeles, CA 90071
4  Telephone: (213) 628-2200
   Facsimile:  (213) 628-2221
5
6  Attorneys for Defendant
   VOLVO TRUCKS NORTH AMERICA, INC.
7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

11  RAYMOND P. MARIOLLE,              CASE NO.  C-09-1209-MMC (MEJ)
12                                    CASE NO.  C-09-4250-MMC (MEJ)
                      Plaintiff,
13
                                     [PROPOSED] ORDER
14       v.                          CONTINUING TRIAL DATE AND
                                     AMENDING PRETRIAL
15  VOLVO GROUP NORTH                 PREPARATION ORDER
16  AMERICA, INC.;
    CONSOLIDATED METCO, INC;         Current Trial Date: October 12, 2010
17  AMSTED INDUSTRIES, INC.;
18  AND DOES 1 through 25, inclusive,
19
                      Defendants.
20

21       WHEREAS, the current trial date for Case No. C-09-1209 and related Case

22  No. C-09-4250 is October 12, 2010;

23       WHEREAS, the final Pretrial Conference is currently set for September 28,

24  2010.

25       WHEREAS, the expert disclosure deadline is currently set for May 21,

26  2010, and the expert discovery cutoff date is currently set for June 25, 2010;

27       WHEREAS, the parties have stipulated and agreed to continue the trial date

28  six months and amend the Court's October 9, 2009 Pretrial Preparation Order in

                                    1

1    accordance therewith, and for good cause shown;

2          The current trial date is hereby continued, and the Court's Pretrial

3    Preparation Order is amended as follows:

4

5    JURY TRIAL DATE: __May 2, 2011_____ at _9:00 a.m._, Courtroom 7, 19th

6    floor.

7

8    NON-EXPERT DISCOVERY CUTOFF: __November 19, 2010_.

9

10   DESIGNATION OF EXPERTS:

11        Plaintiff/Defendant:  No later than __December 10, 2010___.

12        Plaintiff/Defendant: Rebuttal no later than _December 28, 2010_.

13

14   EXPERT DISCOVERY CUTOFF:__January 14, 2011_____.

15

16   DISPOSITIVE MOTIONS shall be filed no later than _January 28, 2011_, and shall

17        be noticed for hearing 35 days thereafter

18

19   PRETRIAL CONFERENCE DATE:_April 19, 2011_____ at _3:00 p.m._.

20

21   MEET AND CONFER (Civil L.R. 16-10(b)(5):  Lead trial counsel shall meet and

22   confer no later than ___March 14, 2011_____.

23

24   FURTHER STATUS CONFERENCE: _February 4, 2011_____ at 10:30 a.m.

25

26   FURTHER STATUS CONFERENCE STATEMENT DUE: _January 28, 2011____.

27

28

**[PROPOSED] ORDER CONTINUING TRIAL DATE AND AMENDING PRETRIAL PREPARATION ORDER**

1    ADDITIONAL ORDERS:

2       The parties' joint request for an order affording plaintiffs leave to amend their respective
        pleadings to add Labrie as a defendant is hereby GRANTED, conditioned on plaintiffs'
3       filing their respective amended complaints no later than May 21, 2010 and serving Labrie
        no later than June 18, 2010.
4

5

6    IT IS SO ORDERED.

7

8    DATED: _May 11, 2010___                    _____
9                                               MAXINE M. CHESNEY
                                                United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               3
     **[PROPOSED] ORDER CONTINUING TRIAL DATE AND AMENDING PRETRIAL PREPARATION
                                       ORDER**