.

.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>  Plaintiff,<br><br>  v.<br><br>VOLVO GROUP NORTH AMERICA, INC., et al.,<br><br>  Defendants._____/ | No. C 09-1209 MMC<br>No. C 09-4250 MMC<br><br>**ORDER STRIKING PLAINTIFFS' AMENDED COMPLAINTS FOR FAILURE TO COMPLY WITH FEDERAL RULES** |
| REGINA LYNN MARIOLLE,<br><br>  Plaintiff,<br><br>  v.<br><br>VOLVO GROUP NORTH AMERICA, INC., et al.,<br><br>  Defendants._____/ | |

On May 21, 2010, Plaintiffs Raymond P. Mariolle and Regina Lynn Mariolle filed, respectively, their First Amended Complaint and Second Amended Complaint. Plaintiffs, however, have failed to comply with Rule 10(a) of the Federal Rules of Civil Procedure, in that they omitted the names of the newly-added defendants, Labrie Environmental Group and Wittke Waste Equipment, from the captions of said pleadings. See Fed. R. Civ. P.

1  Rule 10(a) (providing "title of the complaint must name all the parties"); <u>see</u> <u>also</u> <u>Ferdick v.</u>
2  <u>Bonzelet</u>, 963 F.2d 1258, 1260, 1263 (9th Cir. 1992) (holding plaintiff failed to comply with
3  Rule 10(a) where caption of amended complaint identified all but one defendant by "et al.";
4  affirming dismissal where plaintiff failed to file conforming amended complaint within time
5  provided by court's order).
6        Accordingly, the above-referenced amended complaints are hereby STRICKEN, and
7  plaintiffs are hereby directed to file, respectively and no later than June 16, 2010, a First
8  Amended Complaint and Second Amended Complaint that conform to the requirements of
9  Rule 10(a).

11  **IT IS SO ORDERED**.

13  Dated:  June 14, 2010

                                    MAXINE M. CHESNEY
                                    United States District Judge