1  Edward P. Sangster (SBN 121041)
   ed.sangster@klgates.com
2  Brendan J. Tuohy (SBN 233253)
   brendan.tuohy@klgates.com
3  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA  94111
   Telephone: 415.882.8200
5  Facsimile: 415.882.8220

6  Attorneys for Defendant
   LABRIE ENVIRONMENTAL GROUP
7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10 | RAYMOND P. MARIOLLE,                    | Case No. CV-09-1209 MMC

11 |               Plaintiff,                | **STIPULATION AND ~~[PROPOSED]~~ ORDER RE SUBSTITUTION OF COUNSEL FOR LABRIE ENVIRONMENTAL GROUP**

12 |        vs.

13 | VOLVO GROUP NORTH AMERICA, INC.;
14 | CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE
15 | ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT and DOES 1 through 25, inclusive,
16
17 |               Defendants.

18     **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

19          PLEASE TAKE NOTICE that Defendants Labrie Environmental Group hereby makes the

20 following substitution of counsel of record:

21 Former Counsel of Record:
22                     Edward P. Sangster (SBN 121041)
                       Brendan J. Tuohy (SBN 233253)
23                     K&L GATES LLP
                       Four Embarcadero Center, Suite 1200
                       San Francisco, CA  94111
24                     Telephone: 415.882.8200
                       Facsimile: 415.882.8220
25                     ed.sangster@klgates.com
                       brendan.tuohy@klgates.com
26
27 should be removed and, consequently, should no longer receive notice of e-Filings.

28          Defendants Labrie Environmental Group new counsel of record will be:

                                        1
                            SUBSTITUTION OF ATTORNEY

1

Ann Asiano, Esq.
Bradley, Curley, Asiano, Barrabee & Gale, LLP

2

1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939

3

P: (415) 464-8888

4

F: (415) 464-8887
aasiano@professionals-law.com

5

6

    Ms. Asiano hereby enters her appearance as counsel of record on behalf of Labrie

7

Environmental Group and is authorized to receive service of all pleadings, notices, orders and other

8

papers in the above-captioned matter on behalf of Labrie Environmental Group.

9

10

    THIS SUBSTITUTION IS HEREBY ACKNOWLEDGEED AGREED TO:

11

        K&L GATES LLP

12

13

Dated: August 31 , 2010       By: _____

14

         BRENDAN J. TUOHY

15

        BRADLEY, CURLEY, ASIANO,

16

        BARRABEE & GALE, LLP

17

18

Dated: August 31 , 2010       By: _____

19

        ANN ASIANO

20

21

22

23

24

25

26

27

28

DEFENDANT LABRIE ENVIRONMENTAL GROUP CONSENT TO THIS SUBSTITUTION:

LABRIE ENVIRONMENTAL GROUP

Dated: _august 31st_ , 2010          By: _Mspain_

                                     Name  MARCO SPAIN
                                     Title  V.P FINANCE & ADMINISTRATION

IT IS SO ORDERED.

DATED: __September 10, 2010__, ~~2010~~

                                     By _Maxine M. Chesney_

                                     Honorable Jeffrey S. White
                                     Judge of the United States District Court