IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARIOLLE,<br><br>    Plaintiff,<br><br>  v.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP,; WITTKE WASTE EQUIPMENT; AND DOES 1 THROUGH 25, inclusive,<br><br>    Defendants.<br>_____/ | No. C-09-1209 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST FOR EXTENSION OF DISCOVERY CUTOFFS, DESIGNATION OF EXPERTS, AND DISPOSITIVE MOTION DEADLINE** |

    Before the Court is the parties' Stipulation to Extend Discovery Cutoffs, Designation of Experts, and Dispositive Motion Deadline, filed October 18, 2010.

    The parties fail to address, however, the effect of their proposed extensions on the pretrial and trial dates. The parties propose, for example, a dispositive motion filing deadline that would result in a hearing on any such motion being conducted three days after the April 19, 2011 pretrial conference, see Civil L.R. 7-2(a), and more than two weeks after the filing deadline for motions in limine and other pretrial submissions.

    Accordingly the stipulated request is hereby DENIED without prejudice.

    **IT IS SO ORDERED.**

Dated: October 20, 2010

                                      MAXINE M. CHESNEY
                                      United States District Judge