ANN M. ASIANO (SBN 094891)
MICHAEL KING (SBN 077014)
LISA H. FERAMISCO (SBN 265028)
BRADLEY, CURLEY, ASIANO, BARRABEE & GALE, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887

Attorneys for Defendants
WITTKE WASTE EQUIPMENT and
LABRIE ENVIRONMENTAL GROUP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARIOLLE,<br><br>    Plaintiff,<br><br>v.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT; AND DOES 1 THROUGH 25, inclusive,<br><br>    Defendants. | No. 3:09-CV-01209 MMC<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND AMENDING PRETRIAL PREPARATION ORDER |

WHEREAS, THE CURRENT TRIAL DATE FOR Case No. C-09-1209 and Related Case No. C-09-4250 is May 2, 2011;

WHEREAS, the final Pretrial Conference is currently set for April 9, 2011;

WHEREAS, the non-expert discovery cut-off date is currently set for November 19, 2010, and the expert disclosure deadline is currently set for December 10, 2010. The expert discovery cutoff date is currently set for January 14, 2011.

WHEREAS, the parties have stipulated and agreed to continue the trial date three months and amend the Court's May 11, 2010 Order in accordance therewith, and for good cause shown;

The current trial date is hereby continued, and the Court's Pretrial Preparation Order is amended as follows:

JURY TRIAL DATE: July 25, 2011 at 9:00 a.m., Courtroom 7, 19th floor.

NON-EXPERT DISCOVERY CUTOFF: February 11, 2011.

DESIGNATION OF EXPERTS:
  Plaintiff/Defendant: No later than March 4, 2011.
  Plaintiff/Defendant: Rebuttal no later than March 18, 2011.

EXPERT DISCOVERY CUTOFF: April 8, 2011.

DISPOSITIVE MOTIONS shall be filed no later than April 22, 2011, and shall be noticed for hearing 35 days thereafter.

PRETRIAL CONFERENCE DATE: July 12, 2011 at 3:00 p.m.

MEET AND CONFER (Civil L.R. 16-10(b)(5)): Lead trial counsel shall meet and confer no later than June 7, 2011.

FURTHER STATUS CONFERENCE: April 29, 2011 at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: April 22, 2011

///

[PROPOSED] ORDER CONTINUING TRIAL DATE AND AMENDING PRETRIAL ORDER

1 | IT IS SO ORDERED.
2 |
3 | DATED: November 10, 2010

          *Maxine M. Chesney*
          MAXINE M. CHESNEY
          United States District Judge

11 | F:\DOCS\FSC\8190\P\Raymond\Proposed Order Continuing Trial Date and Amending Pre-Trial Preparation Order.wpd

[PROPOSED] ORDER CONTINUING TRIAL DATE AND AMENDING PRETRIAL ORDER