GARY B. ROTH, ESQ., State Bar No. 248031
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: groth@boxerlaw.com

Attorneys for Plaintiff
RAYMOND P. MARIOLLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-09-1209 MMC<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE MAXINE M. CHESNEY |
| REGINA LYNN MARIOLLE,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | No. C-09-4250 MMC<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE MAXINE M. CHESNEY<br><br>[~~PROPOSED~~] **ORDER CONTINUING JULY 25, 2011 TRIAL DATE AND AMENDING PRETRIAL PREPARATION ORDER** |

WHEREAS, the current trial date for Case Nos. C-09-1209 and C-09-4250 is July 25, 2011;

WHEREAS, the final Pretrial Conference is currently set for July 12, 2011;

WHEREAS, the expert disclosure deadline is currently set for March 4, 2011, and the expert discovery cutoff date is currently set for April 8, 2011;

WHEREAS, the parties have stipulated and agreed to continue the July 25, 2011 trial date eight months and amend the Court's Pretrial Preparation Order in accordance therewith, and for good cause shown;

The July 25, 2011 trial date is hereby vacated, and the Court's Pretrial Preparation Order is amended as follows:

JURY TRIAL DATE: __April 30, 2012__ at 9:00 a.m, Courtroom 7, 19th floor.[1]

NON-EXPERT DISCOVERY CUTOFF: __November 18, 2011__.

DESIGNATION OF EXPERTS:

Plaintiff/Defendant: No later than __December 9, 2011__.

Plaintiff/Defendant: Rebuttal no later than __December 23, 2011__.

EXPERT DISCOVERY CUTOFF: __January 13, 2012__.

DISPOSITIVE MOTIONS shall be filed no later than __January 27, 2012__, and shall be noticed for hearing 35 days thereafter.

PRETRIAL CONFERENCE DATE: __April 17, 2012__ at 3:00 p.m..

MEET AND CONFER (Civil L.R. 16-10(b)(5): Lead trial counsel shall meet and confer no later than __March 13, 2012__.

FURTHER STATUS CONFERENCE: __June 10, 2011__ at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: __June 3, 2011__.

IT IS SO ORDERED.

DATED: __March 3, 2011__

THE HONORABLE MAXINE M. CHESNEY
Judge of the United States District Court

---

[1] In light of the Court's calendar, such trial date represents a continuance of nine, rather than the requested eight, months.

2
[PROPOSED] ORDER CONTINUING JULY 25, 2011 TRIAL DATE
AND AMENDING PRETRIAL PREPARATION ORDER