GARY B. ROTH, ESQ., State Bar No. 248031
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: groth@boxerlaw.com

Attorneys for Plaintiff
RAYMOND P. MARIOLLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | No. C-09-1209 MMC<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE MAXINE M. CHESNEY<br>**CONDITIONAL ORDER RE:**<br>**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; AND ORDER** |

　　　　NOW INTO COURT, through undersigned counsel, comes Raymond Mariolle, plaintiff herein, who moves this Honorable Court for an order permitting plaintiff to file a Second Amended Complaint to name FEDERAL SIGNAL CORPORATION ("FSC") as an additional defendant in this action.

　　　　This personal injury action has been instituted to recover damages sustained by Raymond P. Mariolle as a consequence of two single-vehicle collisions which were caused by the failure of the vehicle's wheel hubs. The Volvo vehicle operated by Mr. Mariolle at the time of the collision sustained hub failures on September 17, 2007 and October 29, 2007, causing a tire and rim of the vehicle to detach and the vehicle to lose control.

　　　　Upon information and belief, the vehicle was designed, manufactured, distributed and sold by Volvo Trucks North America, Inc. (VTNA) with component parts which were manufactured by

1
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; AND ORDER

Consolidated Metco, Inc. and/or Amsted Industries, Inc. VTNA and Consolidated Metco, Inc. alleged that Labrie and Wittke were responsible for the alleged defects in the vehicle.

Plaintiff seeks to amend the complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. The proposed Second Amended Complaint is attached as Exhibit "1" and is incorporated herein as if copied *in extenso*. The sole reason for amending the complaint is to address the recent allegation by Labrie and Wittke regarding the fault of FEDERAL SIGNAL CORPORATION.

Counsel for plaintiff has contacted Matt F. Cohen, counsel for VTNA, Anthony E. Sonnett, counsel for Amsted Industries, Inc. and Consolidated Metco, Inc., and Lisa Feramisco, counsel for Wittke and Labrie regarding this motion. Counsel for VTNA has advised that his client does not oppose the motion. Counsel for Amsted Industries, Inc. and Consolidated Metco, Inc. has advised that his clients do not oppose the motion. Counsel for Wittke and Labrie has advised that her clients do not oppose the motion.

Dated: February 28, 2011

BOXER & GERSON, LLP

By: _____
GARY B. ROTH
Attorneys for Plaintiff
RAYMOND P. MARIOLLE

### ORDER

IT IS ORDERED that Raymond Mariolle may file the Second Amended Complaint, provided said Second Amended Complaint is filed no later than March 7, 2011 and further provided service thereof is accomplished as to the newly-named defendant, and proof of such service filed, no later than April 18, 2011.

DATED: March 3, 2011

_____
THE HONORABLE MAXINE M. CHESNEY
Judge of the United States District Court