**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND MARIOLLE

          Plaintiff,

    v.

VOLVO GROUP NORTH AMERICA, INC.;
CONSOLIDATED METCO, INC.; AMSTED
INDUSTRIES, INC.; LABRIE
ENVIRONMENTAL GROUP,; WITTKE
WASTE EQUIPMENT; AND DOES 1
THROUGH 25, inclusive,

          Defendants.
                             /

No. C-09-1209 MMC

**ORDER DIRECTING DEFENDANT TO
LODGE CHAMBERS COPY IN
COMPLIANCE WITH GENERAL
ORDER 45 AND THE COURT'S
STANDING ORDERS**

On March 21, 2011, defendant Volvo Group North America ("Volvo") electronically

filed its answer to plaintiff's Third Amended Complaint.  Volvo has violated General Order

45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no

later than noon on the business day following the day that the papers are filed

electronically, one paper copy of each document that is filed electronically . . . marked

'Chambers Copy' and . . . clearly marked with the judge's name, case number, and

'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders

For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

     Volvo is hereby ORDERED to comply with General Order 45 and the Court's

standing orders by immediately submitting a chambers copy of the above-referenced

document.  Volvo is hereby advised that if he fails in the future to comply with the Court's

order to provide chambers copies of electronically-filed documents, the Court may impose

1   sanctions, including, but not limited to, striking from the record any electronically-filed

2   document of which a chambers copy has not been timely provided to the Court..

3       **IT IS SO ORDERED.**

4

5   Dated:  March 30, 2011

6   MAXINE M. CHESNEY
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2