Marla B. Shah, Esq. (State Bar No. 153175)
Slade Neighbors, Esq. (120120)
**Slade Neighbors, A Professional Law Corporation**
16530 Ventura Boulevard, Suite 625
Encino, California 91436
(818) 784-7368 Telephone
(818) 788-9290 Facsimile
Email: marla@sladeneighbors.com
Email: slade@sladeneighbors.com

Attorneys for for Lien Clamant
GALLAGERBASSET SERVICES and
ACE AMERICAN INSURANCE CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| RAYMOND MARIOLLE | Case No.: 3:09-CV-1209 MMC (MEJ) |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | |
| VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES INC.; LABIRE ENVIORNMENTAL GROUP; WITTKE WASTE EQUIPMENT; AND DOES 1 THROUGH 25, inclusive, | DATE:   October 31, 2011<br>TIME:   9:30 a.m.<br>PLACE:  Courtroom B |
| Defendants. | |

IT IS AGREED BY AND BETWEEN THE PARTIES that the Court continue the October 31, 2011 meet and confer session scheduled to take place in Courtroom B of the Federal building in San Francisco until November 9, 2011. This will give adequate time for counel for Federal Signal to evaluate Waste Management's discovery responses that are to be provided on

1

or before November 4, 2011, and either be prepared to meet and confer on November 9 or file a joint letter requesting the Court to vacate said conference.

DATED: October __, 2011

SLADE NEIGHBORS
A Professional Law Corporation

By: _____
Slade J. Neighbors, Esq.
Marla B. Shah, Esq.
Attorneys for Lien Clamant,
GALLAGERBASSET SERVICES and
ACE AMERICAN INSURANCE CO.

DATED: October __, 2011

BREMER WHYTE BROWN & O'MEARA, LLP

By: _____
Joshua Bordin-Wosk, Esq.
Attorneys for USA Waste of California

DATED: October __, 2011

BRADLEY, CURLEY, ASIANO, BARRABEE, ABEL & KOWALSKI, P.C.

By: _____
LISA FERAMISCO, ESQ.
Attorneys for
FEDERAL SIGNAL CORPORATION

IT IS SO ORDERED.

DATED: 10/31/11

_____
THE HON. MAXINE M. CHENEY

2
STIPULATION AND ORDER TO CONTINUE HEARING