**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| RAYMOND P. MARIOLLE | No. C 09-01209 MMC (MEJ) |
| Plaintiff(s), | **ORDER FOR PARTIES TO FILE JOINT STATUS REPORT RE: DISCOVERY** |
| v. | |
| VOLVO GROUP NORTH AMERICA, INC. | |
| Defendant(s). | |

On November 9, 2011, the parties were to appear for a courtroom meet and confer conference regarding outstanding discovery issues. As the conference did not occur, the parties shall file a joint status report by November 14, 2011.

**IT IS SO ORDERED.**

Dated: November 9, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge