1   ANN M. ASIANO (SBN 094891)
    MICHAEL A. KING (SBN 077014)
2   LISA H. FERAMISCO (SBN 265028)
    BRADLEY, CURLEY, ASIANO,
3   BARRABEE, ABEL & KOWALSKI, P.C.
    1100 Larkspur Landing Circle, Suite 200
4   Larkspur, CA 94939
    Telephone:  (415) 464-8888
5   Facsimile:  (415) 464-8887

6   Attorneys for Defendants
    WITTKE WASTE EQUIPMENT,
7   LABRIE ENVIRONMENTAL GROUP,
    and FEDERAL SIGNAL CORPORATION

8

9          **UNITED STATES DISTRICT COURT**

10     **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

11   RAYMOND MARIOLLE,         CASE NO.  C-09-1209 MMC (MEJ)
                                    CASE NO.  C-09 4250 MMC (MEJ)
12            Plaintiff,

13   vs.                           [~~PROPOSED~~] **ORDER AMENDING**
                                **PRETRIAL PREPARATION ORDER**
14   VOLVO GROUP NORTH AMERICA,
    INC.; CONSOLIDATED METCO, INC.;
15   AMSTED INDUSTRIES, INC.; and DOES
    1 through 25, inclusive,
16
           Defendants.
17

18         WHEREAS, the current non-expert discovery cutoff is November 18, 2011;

19         WHEREAS, the current designation of experts deadline is December 9, 2011, and the

20   expert discovery cutoff is January 13, 2012;

                                      January 27, 2012
21         WHEREAS, the current dispositive motion deadline is ~~January 13, 2012~~;

22         WHEREAS, upon motion made by defendant Federal Signal Corporation to extend the

23   above deadlines by three weeks, and for good cause shown, the Pretrial Preparation Order is

24   amended as follows:

                               CUTOFF
25   NON-EXPERT DISCOVERY ~~CUTOFF~~:  December 9, 2011.

                        EXPERTS
26   DESIGNATION OF ~~EPXERTS~~:

27         Plaintiff/Defendant:  No later than December 30, 2011.

28         Plaintiff/Defendant:  Rebuttal no later than January 13, 2012.

1

1   EXPERT DISCOVERY CUTOFF: February 3, 2012.

2   DISPOSTIVE MOTIONS shall be filed no later than February 17, 2012, and shall be

3   noticed for hearing 35 days thereafter.

4   ALL OTHER DATES, INCLUDING THE TRIAL DATE, REMAIN UNCHANGED.

5

6   IT IS SO ORDERED.

7

8   DATED: _____November 18, 2011_____     _____

9                                                 THE HONORABLE MAXINE CHESNEY
                                                  Judge of the United States District Court.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPSED] ORDER AMENDING PRETRIAL PREPARATION ORDER