UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>           Plaintiff,<br>   v.<br><br>VOLVO GROUP NORTH AMERICA, INC., et al.<br><br>           Defendants.<br>_____/ | No. C 09-1209 MMC (MEJ)<br><br>**ORDER RE: PLAINTIFF'S DISCOVERY LETTER** |

The Court is in receipt of Plaintiff's discovery letter, filed March 27, 2012. Dkt. No. 111. As the letter does not comply with the requirements of the undersigned's discovery standing order, it is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: March 28, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge