IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND MARIOLLE,

        Plaintiff,

  v.

VOLVO GROUP NORTH AMERICA, INC., *et al.*,

        Defendants.

No. C 09-1209 MMC

**ORDER TO PAY ADDITIONAL ATTENDANCE FEE**

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on which the juror is required to hear such case.

Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10) days.

**IT IS SO ORDERED.**

Dated: May 17, 2012

                                MAXINE M. CHESNEY
                                United States District Judge