IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. MARIOLLE and REGINA MARIOLLE,<br><br>            Plaintiffs,<br>    v.<br><br>VOLVO TRUCKS NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; and WITTKE WASTE EQUIPMENT,<br><br>            Defendants._____/ | No. CV-09-1209 MMC<br>No. CV-09-4250 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that plaintiffs Raymond P. Mariolle and Regina Mariolle shall have judgment against defendants Volvo Trucks North America, Inc.; Consolidated Metco, Inc.; and Wittke Waste Equipment in the amounts set forth in the Special Verdict Form filed on May 21, 2012.

Dated: May 21, 2012                                                         Richard W. Wieking, Clerk

                                                                                            *Tracy Lucero*

                                                                                            By: Tracy Lucero
                                                                                            Deputy Clerk