**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARIOLLE, | No. C 09-1209 MMC |
| Plaintiff, | **ORDER SETTING HEARING DATE FOR WITTKE'S MOTION FOR NEW TRIAL OR REMITTITUR AND RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| v. | |
| VOLVO GROUP NORTH AMERICA, INC., et al., | |
| Defendants. | |

The Court is in receipt of defendant Wittke Waste Equipment's ("Wittke") Motion for New Trial or Remittitur and Renewed Motion for Judgment as a Matter of Law, both filed June 18, 2012. The motions, however, are not noticed for hearing. The other defendants' post-trial motions, as well as plaintiff's post-trial motion, have been noticed for hearing July 27, 2012.

Accordingly, the Court hereby sets July 27, 2012 as the hearing date for Wittke's motions.

**IT IS SO ORDERED.**

Dated: June 20, 2012

MAXINE M. CHESNEY
United States District Judge