CIVIL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: July 27, 2012

**The Honorable MAXINE M. CHESNEY**

**Clerk: Tracy Lucero**

**Court Reporter:** Belle Ball

        **C-09-4250 MMC**
Case No. **C-09-1209 MMC**     Case Name: Raymond Mariolle et al vs Volvo Group et al

**Proceedings:**

Defendant Amsted/ConMet's Motion for New Trial - Deemed Submitted

Defendant Wittke et al's Motion for New Trial or Remittitur - Deemed Submitted

Defendant Wittke et al's Renewed Motion for Judgment as a Matter of Law - Denied.

Defendant Volvo et al's Motion for New Trial - Deemed Submitted

Plaintiffs' Motion for New Trial or to Amend Judgment - Deemed Submitted

(1 hour 35 minutes)