GARY B. ROTH, Esq., State Bar No. 248031
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: groth@boxerlaw.com

Attorneys for Plaintiffs
RAYMOND P. MARIOLLE
and REGINA LYNN MARIOLLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. MARIOLLE and REGINA LYNN MARIOLLE, <br><br> Plaintiffs, <br><br> vs. <br><br> VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT; FEDERAL SIGNAL CORPORATION and DOES 1 through 25, inclusive, <br><br> Defendants. | No. C-09-1209 MMC and <br> No. C-09-4250 MMC <br><br> ASSIGNED FOR ALL PURPOSES TO THE HONORABLE MAXINE M. CHESNEY <br><br> **RAYMOND AND REGINA MARIOLLE'S NOTICE RE COMPLETION OF POST TRIAL MEDIATION WITHOUT SETTLEMENT** |

Raymond and Regina Mariolle provide notice to the Court, counsel and the parties that the plaintiffs and defendants participated in post-trial mediation of the claims pending in this action on Tuesday, August 14, 2012 with Michael Ornstil presiding as mediator. The parties engaged in post-mediation negotiations until Monday, August 20, 2012. In spite of the mediation and post-mediation negotiations, the parties were unable to resolve this matter.

There are currently pending before the court post-trial motions filed by plaintiffs and defendants. Pursuant to agreement of the parities, the district court deferred action upon the post-trial motions of plaintiffs and defendants until the completion of mediation or thirty days, whichever event occurred first.

With the completion of mediation, the plaintiffs respectfully request that the district court enter judgment, ruling, order or other relief regarding the post-trial motions of the parties.

Respectfully submitted,

Dated: August 20, 2012   BOXER & GERSON, LLP

By: /s/ Gary B. Roth
GARY B. ROTH
Attorneys for Plaintiffs
RAYMOND P. MARIOLLE
and REGINA L. MARIOLLE