1  ANTHONY E. SONNETT, SB# 163182
     E-Mail: asonnett@lbbslaw.com
2  TREVOR J. INGOLD, SB# 193227
     E-Mail: tingold@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 N. Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone:    213.250.1800
5  Facsimile:    213.250.7900

6  Attorneys for Defendant
   VOLVO TRUCKS NORTH AMERICA, INC.
7

8                   **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

| RAYMOND P. MARIOLLE, | CASE NO. 3:09-cv-1209 MMC |
| | 3:09-cv-4250 MMC |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | Judge:   Hon. Maxine M. Chesney |
| VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT; FEDERAL SIGNAL CORPORATION; AND DOES 1 through 25, inclusive, , | Trial Date:      April 30, 2012 |
| Defendant. | |

   PLEASE TAKE NOTICE, that effective September 1, 2012, the new address for the above-listed counsel will be 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012; Telephone: 213.250.1800; Facsimile: 213.250.7900.  Please update your service list accordingly.

DATED: August 30, 2012          LEWIS BRISBOIS BISGAARD & SMITH LLP


                                By:      */s/ Trevor J. Ingold*
                                         Anthony E. Sonnett
                                         Trevor J. Ingold
                                         Attorneys for Defendant
                                         VOLVO TRUCKS NORTH AMERICA, INC.

4850-7858-9712.1                                               3:09-cv-1209 MMC
                          NOTICE OF CHANGE OF ADDRESS

**FEDERAL COURT PROOF OF SERVICE**

Raymond Mariolle v. Volvo Trucks North America, et al. - File No. 5.802

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 30, 2012, I served the following document(s): DEFENDANT VOLVO TRUCK NORTH AMERICA'S NOTICE OF CHANGE OF ADDRESS

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on August 30, 2012, at Los Angeles, California.

*/s/ Brenna Phillips*
Brenna Phillips

4850-7858-9712.1

3:09-cv-1209 MMC

NOTICE OF CHANGE OF ADDRESS

**SERVICE LIST**
*Raymond v. Volvo Trucks*
**Case No.:  C09-01209 MMC**

| | |
|---|---|
| John M. Anton, Esq.<br>Gary B. Roth, Esq.<br>groth@boxerlaw.com<br>BOXER & GERSON, LLP<br>300 Frank H. Ogawa Plaza<br>Rotunda Building, Suite 500<br>Oakland, CA  94612<br>Telephone:  (510) 835-8870<br>Facsimile:  (510) 835-0415 | Attorneys for Plaintiff<br>**Raymond Mariolle** |
| Douglas A. Kroesch, Esq.<br>dkroesch@gbklawoffices.com<br>GALLAWA BROWN KROESCH<br>2207 "J" Street<br>Sacramento, CA  95816-4711<br>Telephone:  (916) 444-9364<br>Facsimile:  (516) 444-5921 | Attorneys for Defendants<br>**Amsted Industries Incorporated & Consolidated Metco, Inc.** |
| Slade J. Neighbors, Esq.<br>slade@sladeneighbors.com<br>Marla B. Shah, Esq.<br>marla@sladeneighbors.com<br>Law Offices of Slade J. Neighbors<br>16530 Ventura Blvd., Ste. 625<br>Encino, CA  91436<br>Telephone:  (818) 784-7368*<br>Facsimile:  (818) 788-9290 | Attorneys for Lien Claimant<br>**Livermore Dublin Disposable Waste Management** |
| Ann Asiano, Esq.<br>aasiano@professionals-law.com<br>Lisa Feramisco, Esq.<br>lferamisco@professionals-law.com<br>BRADLEY, CURLEY, ASIANO, BARRABEE, & GALE, P.C.<br>1100 Larkspur Landing Circle, Suite 200<br>Larkspur, CA  94939<br>Telephone:  (415) 464-8888 Ext. 249<br>Facsimile:  (415) 464-8887 | Attorneys for Defendants<br>**Labrie Environmental Group, Wittke Waste Equipment and Federal Signal Corporation** |



4850-7858-9712.1                                                                                      3:09-cv-1209 MMC

NOTICE OF CHANGE OF ADDRESS