IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND MARIOLLE,

    Plaintiff,

  v.

VOLVO GROUP NORTH AMERICA, INC., et al.,

    Defendants.
/

No. C 09-1209 MMC

**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' REQUEST FOR ENTRY OF AMENDED JUDGMENT**

    Before the Court is Federal Signal Corporation and Labrie Environmental Groups' "Request for Entry of Judgment Pursuant to FRCP 58(d)" and proposed "Second Amended Final Judgment," filed September 27, 2012.  Although titled a "request," said filing is, in actuality, a motion, and was not noticed for hearing as required by the Civil Local Rules of this District.  See, Civil L. R. 7-2.

    Accordingly the Court hereby SETS the following briefing schedule:  (1) no later than October 12, 2012, plaintiff shall file any opposition to the motion; (2) no later than October 19, 2012, Federal Signal Corporation and Labrie Environmental Groups shall file any reply. Unless the Court orders otherwise, the matter will stand submitted on October 19, 2012.

    **IT IS SO ORDERED.**

Dated:  October 2, 2012

                                                  MAXINE M. CHESNEY
                                                  United States District Judge