ANN M. ASIANO (SBN 094891)
MICHAEL A. KING (SBN 077014)
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone:  (415) 464-8888
Facsimile:  (415) 464-8887

Attorneys for Defendant
WITTKE WASTE EQUIPMENT.

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RAYMOND MARIOLLE,<br><br>                    Plaintiff,<br><br>      vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; WITTKE WASTE EQUIPMENT, LABRIE ENVIRONMENTAL GROUP, FEDERAL SIGNAL CORPORATION, and DOES 1 through 25, inclusive,<br><br>                    Defendants. | CASE NO.  C-09-1209 MMC (MEJ)<br><br>**DEFENDANT WITTKE WASTE EQUIPMENT'S REPRESENTATION STATEMENT FOR NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

    Pursuant to 9th Cir. R. 3-2(b), defendant Wittke Waste Equipment submits this representation statement.  The parties to the action and their respective counsel are set forth below.

    Plaintiffs Raymond P. Mariolle and Regina Mariolle are represented by:

>    Gary B. Roth
>    John M. Anton
>    BOXER & GERSON
>    300 Frank H. Ogawa Plaza
>    Rotunda Building, Suite 500
>    Oakland, CA 94612
>    510-835-8870
>    Fax: 510-835-0415

    Defendant Volvo Trucks North America, Inc., is represented by:

| | |
|---|---|
| 1 | Anthony Evan Sonnett |
| 2 | Trevor Jason Ingold |
|   | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 3 | 221 N. Figueroa Street, Suite 1200 |
|   | Los Angeles, CA 90012 |
| 4 | 213-250-1800 |
|   | Fax: 213 250-7900 |

Defendants Consolidated Metco, Inc., and Amsted Industries, Inc., are represented by:

    Douglas Albert Kroesch
    GALLAWA, BROWN, KROESCH
    2207 J Street
    Sacramento, CA 95816-4711
    916-444-9364
    Fax: 916-444-5921

and represented on appeal by:

    Peder K. Batalden
    John F. Querio
    HORVITZ & LEVY, LLP
    15760 Ventura Boulevard, 18th Floor
    Encino, CA 91436-3000
    Telephone: (818) 995-0800

Defendants Wittke Waste Equipment, Labrie Environmental Group, and Federal Signal Corporation are represented by:

    Ann M. Asiano (SBN 094891)
    Michael A. King (SBN 077014)
    BRADLEY, CURLEY, ASIANO,
    BARRABEE, ABEL & KOWALSKI, P.C.
    1100 Larkspur Landing Circle, Suite 200
    Larkspur, CA 94939
    Telephone:  (415) 464-8888
    Facsimile:  (415) 464-8887

and represented on appeal by:

    Andrew C. Baak
    BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
    54 W. Hubbard Street
    Suite 300
    Chicago, IL 60654
    Telephone:  (312) 494-4400
    Facsimile:  (312) 494-4440

WITTKE WASTE EQUIPMENT'S REPRESENTATION STATEMENT
UNITED STATES DISTRICT COURT CASE NO.  C-09-1209 MMC (MEJ)

Lien Claimants Gallagher Bassett Services and Ace American Insurance Co. are represented by:

>Slade J. Neighbors
>Marla B. Shah
>SLADE NEIGHBORS, APLC
>16530 Ventura Boulevard, Suite 625
>Encino, CA 91436
>Telephone: (818) 784-7368
>Facsimile: (818) 788-9290

DATED:  October 3, 2012                BRADLEY, CURLEY, ASIANO,
                                       BARRABEE, ABEL & KOWALSKI, P.C.


                                       By:   /s/ Michael A. King
                                             Michael A. King
                                             Attorneys for Defendant
                                             WITTKE WASTE EQUIPMENT

WITTKE WASTE EQUIPMENT'S REPRESENTATION STATEMENT
UNITED STATES DISTRICT COURT CASE NO.  C-09-1209 MMC (MEJ)