| | |
|---|---|
| 1 | ANTHONY E. SONNETT, SB# 163182 |
| | E-Mail: asonnett@lbbslaw.com |
| 2 | TREVOR J. INGOLD, SB# 193227 |
| | E-Mail: tingold@lbbslaw.com |
| 3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | 221 N. Figueroa Street, Suite 1200 |
| 4 | Los Angeles, California 90012 |
| | Telephone:   213.250.1800 |
| 5 | Facsimile:    213.250.7900 |

Attorneys for Defendant
VOLVO TRUCKS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND P. MARIOLLE, | CASE NO. 3:09-cv-1209 MMC |
| | 3:09-cv-4250 MMC |
| Plaintiff, | |
| | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT BY VOLVO TRUCKS NORTH AMERICA, INC.** |
| vs. | |
| VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT; FEDERAL SIGNAL CORPORATION; AND DOES 1 through 25, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that defendant Volvo Trucks North America, Inc. ("VTNA") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Amended Judgment entered in this action on September 4, 2012, and from the Order of the District Court Denying Defendants' Post-Trial Motions, entered on September 4, 2012.

///

///

1  Copies of each order are attached hereto as Exhibit A and Exhibit B, respectively.

2

3  DATED: October 16, 2012          LEWIS BRISBOIS BISGAARD & SMITH LLP

4

5
         By:  /s/ Anthony E. Sonnett
6             Anthony E. Sonnett
              Trevor J. Ingold
7             Attorneys for Defendant
              VOLVO TRUCKS NORTH AMERICA, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



4811-8642-8433.1                    2                      3:09-cv-1209 MMC
NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**FEDERAL COURT PROOF OF SERVICE**

Raymond Mariolle v. Volvo Truck North America, Inc., et al. - File No. 5.802

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 16, 2012, I served the following document(s): NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT BY VOLVO TRUCKS NORTH AMERICA, INC.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on October 16, 2012, at Los Angeles, California.

*/s/Brenna Phillips*
Brenna Phillips

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4811-8642-8433.1                                                                3:09-cv-1209 MMC
NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**SERVICE LIST**
*Raymond v. Volvo Trucks*
**Case No.:  C09-01209 MMC**

| | |
|---|---|
| John M. Anton, Esq.<br>Gary B. Roth, Esq.<br>groth@boxerlaw.com<br>BOXER & GERSON, LLP<br>300 Frank H. Ogawa Plaza<br>Rotunda Building, Suite 500<br>Oakland, CA  94612<br>Telephone:  (510) 835-8870<br>Facsimile:  (510) 835-0415 | Attorneys for Plaintiff<br>**Raymond Mariolle** |
| Douglas A. Kroesch, Esq.<br>dkroesch@gbklawoffices.com<br>GALLAWA BROWN KROESCH<br>2207 "J" Street<br>Sacramento, CA  95816-4711<br>Telephone:  (916) 444-9364<br>Facsimile:  (516) 444-5921 | Attorneys for Defendants<br>**Amsted Industries Incorporated &<br>Consolidated Metco, Inc.** |
| Peder K. Batalden, Esq.<br>John F. Querio, Esq.<br>HORVITZ & LEVY, LLP<br>15760 Ventura Blvd., 18th Floor<br>Encino, CA 91436-3000<br>Telephone: (818) 995-0800 | Appellate Attorneys for Defendants<br>**Amsted Industries Incorporated &<br>Consolidated Metco, Inc.** |
| Slade J. Neighbors, Esq.<br>slade@sladeneighbors.com<br>Marla B. Shah, Esq.<br>marla@sladeneighbors.com<br>Law Offices of Slade J. Neighbors<br>16530 Ventura Blvd., Ste. 625<br>Encino, CA  91436<br>Telephone:  (818) 784-7368*<br>Facsimile:  (818) 788-9290 | Attorneys for Lien Claimant<br>**Livermore Dublin Disposable Waste Management** |
| Ann Asiano, Esq.<br>aasiano@professionals-law.com<br>Lisa Feramisco, Esq.<br>lferamisco@professionals-law.com<br>BRADLEY, CURLEY, ASIANO,<br>BARRABEE, & GALE, P.C.<br>1100 Larkspur Landing Circle, Suite 200<br>Larkspur, CA  94939<br>Telephone:  (415) 464-8888 Ext. 249<br>Facsimile:  (415) 464-8887 | Attorneys for Defendants<br>**Labrie Environmental Group, Wittke Waste Equipment and Federal Signal Corporation** |

| | |
|---|---|
| 1  Andrew C. Baak<br>   BARTLIT BECK HERMAN PALENCHAR &<br>2  SCOTT LLP<br>   54 W. Hubbard St., Suite 300<br>3  Chicago, IL 60654<br>   Telephone: (312) 494-4400<br>4  Facsimile:  (312) 494-4440 | Appellate Attorneys for Defendants<br>**Labrie Environmental Group, Wittke Waste Equipment and Federal Signal Corporation** |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4811-8642-8433.1                                                                 3:09-cv-1209 MMC
NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT