GARY B. ROTH, Esq., State Bar No. 248031
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 500
Oakland, California 94612
Telephone: (510) 835-8870
Facsimile: (510) 835-0415
E-mail: groth@boxerlaw.com

Attorneys for Plaintiffs
RAYMOND P. MARIOLLE and
REGINA LYNN MARIOLLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br>REGINA LYNN MARIOLLE,<br><br>    Plaintiffs,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.;<br>CONSOLIDATED METCO, INC.;<br>AMSTED INDUSTRIES, INC.; LABRIE<br>ENVIRONMENTAL GROUP; WITTKE<br>WASTE EQUIPMENT; FEDERAL SIGNAL<br>CORPORATION and DOES 1 through 25,<br>inclusive,<br><br>    Defendants. | Case No. 3:09-cv-1209 MMC<br>Case No. 3:09-cv-4250 MMC<br><br>**NOTICE OF APPEAL TO THE<br>UNITED STATES COURT OF<br>APPEAL FOR THE NINTH<br>CIRCUIT BY PLAINTIFFS<br>RAYMOND P. MARIOLLE AND<br>REGINA LYNN MARIOLLE** |

TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

    Pursuant to Federal Rules of Appellate Procedure, Rule 3, notice is hereby given that plaintiffs Raymond P. Mariolle and Regina Lynn Mariolle hereby appeal to the United States Court of Appeal for the Ninth Circuit from the "Amended Judgment in a Civil Case," entered in this action on September 4, 2012 (attached hereto as Exhibit A), and from the District Court's "Order Denying Defendants' Post-Trial Motions, etc." entered on September 4, 2012 (attached hereto as Exhibit B).

///

///

///

///

---
1
PLAINTIFFS' NOTICE OF APPEAL

1  DATED: October 16, 2012            Respectfully submitted,

2                                     BOXER & GERSON, LLP

3

4                                     By _____
                                         GARY B. ROTH
5                                        Attorneys for Plaintiffs
                                         RAYMOND P. MARIOLLE and
6                                        REGINA LYNN MARIOLLE