<566>

# THE VOLVO GROUP
# ANNUAL REPORT 2011



TOGETHER WE MOVE THE WORLD

VOLVO

# THE VOLVO GROUP 2011
# STRONG EARNINGS

>> Highest net sales, operating income and operating margin thus far
>> Net sales rose by 17% to **SEK 310.4 billion (264.7)**
>> Operating income rose to **SEK 26.9 billion (18.0)**
>> Operating margin improved to **8.7% (6.8)**
>> Strong operating cash-flow in the Industrial Operations of **SEK 14.1 billion (19.0)**
>> Net debt in the Industrial Operations reduced to **25.2%** of shareholders' equity
>> Proposed dividend of **SEK 3.00** per share
>> **Olof Persson** assumed the position of Group CEO



Net sales, SEK bn

| 07 | 08 | 09 | 10 | 11 |
|----|----|----|----|----|
| 285 | 304 | 218 | 265 | 310 |



Operating income, SEK bn

| 07 | 08 | 09 | 10 | 11 |
|----|----|----|----|----|
| 22.2 | 15.9 | (17.0) | 18.0 | 26.9 |

| Key ratios | 2011 | 2010 |
|---|---|---|
| Net sales Volvo Group, SEK M | 310,367 | 264,749 |
| Operating income Volvo Group, SEK M | 26,899 | 18,000 |
| Operating income Industrial Operations, SEK M | 25,957 | 17,834 |
| Operating income Customer Finance, SEK M | 942 | 167 |
| Operating margin Volvo Group, % | 8.7 | 6.8 |
| Income after financial items, SEK M | 24,929 | 15,514 |
| Income for the period, SEK M | 18,115 | 11,212 |
| Diluted earnings per share, SEK | 8.75 | 5.36 |
| Dividend per share, SEK | 3.00[1] | 2.50 |
| Return on shareholders' equity, % | 23.1 | 16.0 |

1 According to the Board's proposal.

# FINANCIAL PERFORMANCE
## IMPROVED PROFITABILITY

For the full year 2011, the Volvo Group generated the highest net sales, the best operating income and the highest operating margin ever.[1]

## INCOME STATEMENTS VOLVO GROUP

| SEK M | | Industrial operations | | Customer Finance | | Eliminations | | Volvo Group Total | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2011 | 2010 | 2011 | 2010 | 2011 | 2010 | 2011 | 2010 |
| Net sales | Note 6,7 | 303,589 | 257,375 | 8,883 | 9,031 | (2,104) | (1,658) | 310,367 | 264,749 |
| Cost of sales | | (231,516) | (197,480) | (5,693) | (5,974) | 2,104 | 1,658 | (235,104) | (201,797) |
| **Gross income** | | **72,073** | **59,895** | **3,190** | **3,057** | **0** | **0** | **75,263** | **62,952** |
| Research and development expenses | Note 6 | (13,276) | (12,970) | 0 | 0 | 0 | 0 | (13,276) | (12,970) |
| Selling expenses | | (24,383) | (22,649) | (1,618) | (1,500) | 0 | 0 | (26,001) | (24,149) |
| Administrative expenses | | (7,105) | (5,640) | (27) | (25) | 0 | 0 | (7,132) | (5,666) |
| Other operating income and expenses | Note 8 | (1,045) | (659) | (603) | (1,365) | 0 | 0 | (1,649) | (2,023) |
| Income from investments in associated companies | Note 5,6 | (82) | (86) | 0 | 0 | 0 | 0 | (81) | (86) |
| Income from other investments | Note 5 | (225) | (57) | 0 | 0 | 0 | 0 | (225) | (58) |
| **Operating income** | | **25,957** | **17,834** | **942** | **167** | **0** | **0** | **26,899** | **18,000** |
| Interest income and similar credits | | 644 | 544 | 0 | 0 | (37) | (102) | 608 | 442 |
| Interest expenses and similar charges | | (2,912) | (3,244) | 0 | 0 | 37 | 102 | (2,875) | (3,142) |
| Other financial income and expenses | Note 9 | 297 | 213 | 0 | 0 | 0 | 0 | 297 | 213 |
| **Income after financial items** | | **23,986** | **15,347** | **942** | **167** | **0** | **0** | **24,929** | **15,514** |
| Income taxes | Note 10 | (6,490) | (4,168) | (323) | (134) | 0 | 0 | (6,814) | (4,302) |
| **Income for the period*** | | **17,496** | **11,179** | **619** | **32** | **0** | **0** | **18,115** | **11,212** |
| *Attributable to: | | | | | | | | | |
| Equity holders of the parent company | | | | | | | | 17,751 | 10,866 |
| Minority interests | Note 11 | | | | | | | 364 | 346 |
| | | | | | | | | 18,115 | 11,212 |
| Basic earnings per share, SEK | Note 19 | | | | | | | 8.76 | 5.36 |
| Diluted earnings per share, SEK | Note 19 | | | | | | | 8.75 | 5.36 |

## OTHER COMPREHENSIVE INCOME

| SEK M | | 2011 | 2010 |
|---|---|---|---|
| Income for the period | | 18,115 | 11,212 |
| Translation differences on foreign operations | | (980) | (3,891) |
| Translation differences on hedge instruments of net investment in foreign operations | | (3) | 113 |
| Accumulated translation difference reversed to income | | (30) | (95) |
| Available-for-sale investments | | 39 | 148 |
| Change in cash flow hedge reserve | Note 19 | (144) | (156) |
| **Other comprehensive income, net of income taxes** | | **(1,118)** | **(3,881)** |
| **Total comprehensive income for the period** | | **16,997** | **7,331** |
| Attributable to: | | | |
| Equity holders of the Parent Company | | 16,551 | 7,016 |
| Minority interests | | 446 | 315 |
| | | 16,997 | 7,331 |

1 Since 1999, when the Group's operation was directed towards commercial vehicles.

# The Volvo Group

**Net sales**
Net sales for the Volvo Group increased by 17% to SEK 310,367 M in 2011, compared with SEK 264,749 M in the preceding year.

**Operating income**
Volvo Group operating income improved to SEK 26,899 M (18,000).

Operating income for the Industrial Operations increased to SEK 25,957 M compared with SEK 17,834 M in the preceding year. The Customer Finance operations' operating income rose to SEK 942 M (167).

**Net financial items**
Net interest expense was SEK 2,267 M, compared with SEK 2,700 M in the preceding year.

During the year, market valuation of derivatives, mainly used for eliminating interest exposure in the customer financing portfolio, had a positive effect on Other financial income and expenses in an amount of SEK 544 M. During 2010 the impact was positive and amounted to SEK 871 M.

The currency in Venezuela was devalued twice during 2010, which negatively impacted Other financial income and expenses by SEK 274 M in 2010.

**Income taxes**
The tax expense for the year amounted to SEK 6,814 M (4,302) corresponding to a tax rate of 27% (28).

**Income for the period and earnings per share**
The income for the period amounted to SEK 18,115 M (11,212), corresponding to diluted earnings per share of SEK 8.75 (5.36). The return on shareholders' equity was 23.1% (16.0).

| Net sales by business area, SEK M | 2011 | 2010 | % |
|---|---|---|---|
| Trucks | 200,703 | 167,305 | 20 |
| Construction Equipment | 64,987 | 53,810 | 21 |
| Buses | 22,289 | 20,516 | 9 |
| Volvo Penta | 8,859 | 8,716 | 2 |
| Volvo Aero | 6,509 | 7,708 | (16) |
| Eliminations and other | 242 | (680) | |
| **Industrial Operations**[1] | **303,589** | **257,375** | **18** |
| Customer Finance | 8,883 | 9,031 | (2) |
| Reclassifications and eliminations | (2,104) | (1,658) | |
| **Volvo Group** | **310,367** | **264,749** | **17** |

1 Adjusted for acquired and divested units and changes in currency rates, net sales increased by 20%.

| Operating margin, % | 2011 | 2010 |
|---|---|---|
| Trucks | 9.1 | 6.0 |
| Construction Equipment | 10.2 | 11.5 |
| Buses | 4.6 | 3.8 |
| Volvo Penta | 8.8 | 6.6 |
| Volvo Aero | 5.2 | 3.7 |
| **Industrial Operations** | **8.6** | **6.9** |
| **Volvo Group** | **8.7** | **6.8** |

| Operating income (loss) by business area, SEK M | 2011 | 2010 |
|---|---|---|
| Trucks | 18,260 | 10,112 |
| Construction Equipment | 6,653 | 6,180 |
| Buses | 1,036 | 780 |
| Volvo Penta | 781 | 578 |
| Volvo Aero | 336 | 286 |
| Eliminations and other | (1,109) | (102) |
| **Industrial Operations** | **25,957** | **17,834** |
| Customer Finance | 942 | 167 |
| **Volvo Group** | **26,899** | **18,000** |

| Change in operating income, SEK bn | |
|---|---|
| **Operating income 2010** | **18.0** |
| Gross income | 19.4 |
| Recognition of VAT credits in Brazil relating to previous years | 0.6 |
| Disturbances in operations in Japan as an effect of the earthquake and tsunami | (0.7) |
| Result from divestments of companies in 2010 | 0.2 |
| Changes in currency exchange rates, Industrial operations | (5.2) |
| Write-down of shares listed in Japan | (0.2) |
| Higher capitalization of development costs | 1.0 |
| Higher research and development expenditures | (2.0) |
| Tax credit for research and development activities | 0.3 |
| Higher selling and administrative expenses | (4.7) |
| Lower credit losses | 0.6 |
| Other | (0.4) |
| **Operating income 2011** | **26.9** |



**Net sales,** SEK bn

| 07 | 08 | 09 | 10 | 11 |
|---|---|---|---|---|
| 285 | 304 | 218 | 265 | 310 |



**Operating income,** SEK M

2010 | 2011

| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|
| 2,799 | 4,770 | 4,913 | 5,518 | 6,522 | 7,648 | 5,774 | 6,955 |

## Industrial Operations

In 2011, net sales for the Volvo Group's Industrial Operations increased by 18% to SEK 303,589 M (257,375).

Compared with 2010, sales increased in all of the Group's market areas. Sales increased strongly in Eastern Europe and had a very positive development in North America, South America and Asia. In Western Europe demand weakened towards the end of the year.

### Considerable earnings improvement

In 2011, the operating income for the Volvo Group's Industrial Operations amounted to SEK 25,957 M compared to SEK 17,834 M in the preceding year. The operating margin for the Industrial Operations amounted to 8.6% (6.9).

The earnings improvement is the result of increased sales and improved cost coverage in the industrial system, as an effect of increased production levels.

In 2011, research and development expenses amounted to SEK 13,276 M (12,970). The continued high cost level is primarily a consequence of projects relating to new emission regulations in Europe and South America and the development of products for the growth markets.

Selling expenses increased by 8% and administration expenses by 26%.

Since return on equity was 23,1%, SEK 550 M was provisioned for profit-sharing to employees.

### Impact of exchange rates on operating income

The combined effect of changed exchange rates had a negative effect on operating income of approximately SEK 5.2 billion in 2011, compared with 2010. This is mainly attributable to that the USD was weak during most of 2011.

| Income Statement Industrial Operations, SEK M | 2011 | 2010 |
|---|---|---|
| Net sales | 303,589 | 257,375 |
| Cost of sales | (231,516) | (197,480) |
| **Gross income** | **72,073** | **59,895** |
| Gross margin, % | 23.7 | 23.3 |
| Research and development expenses | (13,276) | (12,970) |
| Selling expenses | (24,383) | (22,649) |
| Administrative expenses | (7,105) | (5,640) |
| Other operating income and expenses | (1,045) | (659) |
| Income from investments in associated companies | (82) | (86) |
| Income from other investments | (225) | (57) |
| **Operating income (loss) Industrial Operations** | **25,957** | **17,834** |
| Operating margin, % | 8.6 | 6.9 |

| Net sales by market area, SEK M | 2011 | 2010 | % |
|---|---|---|---|
| Western Europe | 97,925 | 87,241 | 12 |
| Eastern Europe | 20,298 | 12,570 | 61 |
| North America | 58,253 | 45,409 | 28 |
| South America | 34,013 | 27,876 | 22 |
| Asia | 73,017 | 65,072 | 12 |
| Other markets | 20,083 | 19,207 | 5 |
| **Total Industrial Operations** | **303,589** | **257,375** | **18** |

| Impact of exchange rates on operating income Compared with preceding year, SEK M | |
|---|---|
| Net sales[1] | (20,286) |
| Cost of sales | 13,280 |
| Research and development expenses | 397 |
| Selling and administrative expenses | 1,408 |
| **Total effect of changes in exchange rates on operating income** | **(5,201)** |

1 Group sales are reported at monthly spot rates and the effects of currency hedges are reported among Cost of sales.

| Operating net flow per currency Local currency, million | 2011 | 2010 |
|---|---|---|
| USD | 3,970 | 2,410 |
| EUR | 57 | 373 |
| GBP | 555 | 405 |
| CAD | 397 | 241 |
| JPY (x100) | (218) | (103) |

**Research and development costs**



Research and development costs, SEK bn

Research and development costs, % of net sales

| 07 | 08 | 09 | 10 | 11 |
|---|---|---|---|---|
| 11.1 | 14.3 | 13.2 | 13.0 | 13.3 |
| 3.9 | 4.9 | 6.3 | 5.0 | 4.4 |

## Customer Finance Operations

Total new financing volume in 2011 amounted to SEK 44.8 billion (35.1). Adjusted for changes in exchange rates, new business volume increased by 35% compared to 2010 as a result of increased sales volumes of the Volvo Group products and stable penetration levels. In total, 49,757 new Volvo vehicles and machines (34,522) were financed during the year. In the markets where financing is offered, the average penetration rate was 25% (25).

As of December 31, 2011, the credit portfolio was SEK 95,544 M (84,550). During 2011 the credit portfolio increased by 13.8% (decrease: 4.4), adjusted for exchange-rate movements. The funding of the credit portfolio is matched in terms of maturity, interest rates and currencies in accordance with Volvo Group policy. For further information see note 15.

The operating income for the year amounted to SEK 942 M compared to SEK 167 M in the previous year. Return on shareholders' equity was 7.3% (0.4). The equity ratio at the end of the year was 9.1% (9.0). The improvement in profitability is driven mainly by lower credit provisions and higher earning assets. During the year, credit provision expenses amounted to SEK 682 M (1,438) while write-offs of SEK 804 M (1,460) were recorded. The write-off ratio for 2011 was 0.93% (1.65). At the end of December 31, 2011, credit reserves were 1.33% (1.69%) of the credit portfolio.

| Income Statement Customer Finance, SEK M | 2011 | 2010 |
|---|---|---|
| Finance and lease income | 8,883 | 9,031 |
| Finance and lease expenses | (5,693) | (5,974) |
| **Gross income** | **3,190** | **3,057** |
| Selling and administrative expenses | (1,645) | (1,526) |
| Credit provision expenses | (682) | (1,438) |
| Other operating income and expenses | 78 | 73 |
| **Operating income (loss)** | **942** | **167** |
| Income taxes | (323) | (134) |
| **Income (Loss) for the period** | **619** | **32** |
| Return on Equity | 7.3 | 0.4 |

| Key ratios, Customer Finance[1] | 2011 | 2010 |
|---|---|---|
| Credit portfolio net, SEK bn | 94.3 | 83.1 |
| Operating income, SEK M | 942 | 167 |
| Return on shareholders' equity, % | 7.3 | 0.4 |
| Total penetration rate, % | 24.8 | 24.5 |
| **Penetration by business area[1], %** | | |
| Volvo CE | 35 | 35 |
| Volvo Trucks | 27 | 29 |
| Renault Trucks | 19 | 17 |
| Mack Trucks | 20 | 20 |
| Buses | 15 | 11 |
| UD Trucks | 14 | 12 |

1 Share of unit sales financed by Volvo Financial Services in relation to the total number units sold by the Volvo Group in markets where financial services are offered.



# FINANCIAL POSITION
# IMPROVED DURING THE YEAR

Net debt in the Volvo Group's Industrial Operations amounted to SEK 19.3 billion at December 31, 2011, equal to 25.2% of shareholders' equity. Excluding provisions for post-employment benefits the Industrial Operation's net debt amounted to SEK 15.0 billion, which was equal to 19.5% of shareholders' equity.

## BALANCE SHEETS VOLVO GROUP

| SEK M | | Industrial Operations Dec 31 2011 | Industrial Operations Dec 31 2010 | Customer Finance Dec 31 2011 | Customer Finance Dec 31 2010 | Eliminations Dec 31 2011 | Eliminations Dec 31 2010 | Volvo Group Dec 31 2011 | Volvo Group Dec 31 2010 |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| **Non-current assets** | | | | | | | | | |
| Intangible assets | Note 12 | 39,385 | 40,613 | 122 | 101 | – | – | 39,507 | 40,714 |
| *Tangible assets* | Note 13 | | | | | | | | |
| Property, plant and equipment | | 53,563 | 53,221 | 94 | 72 | – | – | 53,657 | 53,294 |
| Investment property | | 883 | 948 | – | – | – | – | 883 | 948 |
| Assets under operating leases | | 16,749 | 13,217 | 11,525 | 10,055 | (4,352) | (3,625) | 23,922 | 19,647 |
| *Financial assets* | | | | | | | | | |
| Shares and participation | Note 5 | 1,871 | 2,080 | 3 | 18 | – | – | 1,874 | 2,098 |
| Non-current customer-financing receivables | Note 15 | 579 | 598 | 44,651 | 36,270 | (4,612) | (843) | 40,618 | 36,025 |
| Deferred tax assets | Note 10 | 12,480 | 12,019 | 358 | 291 | – | – | 12,838 | 12,310 |
| Prepaid pensions | Note 20 | 2,263 | 1,636 | 14 | 12 | – | – | 2,277 | 1,648 |
| Non-current interest-bearing receivables | Note 16 | 757 | 941 | – | 204 | (63) | (379) | 694 | 766 |
| Other non-current receivables | Note 16 | 4,500 | 3,401 | 50 | 41 | (235) | (24) | 4,315 | 3,418 |
| **Total non-current assets** | | **133,030** | **128,674** | **56,817** | **47,064** | **(9,262)** | **(4,871)** | **180,585** | **170,868** |
| **Current assets** | | | | | | | | | |
| Inventories | Note 17 | 43,828 | 38,956 | 771 | 882 | – | – | 44,599 | 39,837 |
| *Current receivables* | | | | | | | | | |
| Customer-financing receivables | Note 15 | 1,123 | 830 | 38,050 | 36,897 | (1,092) | (1,064) | 38,081 | 36,663 |
| Tax assets | | 1,152 | 1,045 | 48 | 90 | – | – | 1,200 | 1,135 |
| Interest-bearing receivables | Note 16 | 1,461 | 1,071 | 226 | 1,283 | (1,020) | (2,012) | 667 | 342 |
| Internal funding[1] | | 2,253 | 7,505 | – | – | (2,253) | (7,505) | | |
| Accounts receivable | Note 16 | 27,492 | 24,332 | 207 | 101 | – | – | 27,699 | 24,433 |
| Other receivables | Note 16 | 13,438 | 11,561 | 1,411 | 1,352 | (1,024) | (1,056) | 13,825 | 11,857 |
| Non interest-bearing assets held for sale | Note 3 | 9,344 | 136 | – | – | – | – | 9,344 | 136 |
| Interest-bearing assets held for sale | Note 3 | 4 | – | – | – | – | – | 4 | – |
| Marketable securities | Note 18 | 6,838 | 9,735 | 24 | 32 | – | – | 6,862 | 9,767 |
| Cash and cash equivalents | Note 18 | 29,113 | 21,756 | 1,593 | 1,545 | (327) | (335) | 30,379 | 22,966 |
| **Total current assets** | | **136,046** | **116,928** | **42,330** | **42,182** | **(5,717)** | **(11,970)** | **172,659** | **147,139** |
| **Total assets** | | **269,076** | **245,602** | **99,147** | **89,246** | **(14,979)** | **(16,841)** | **353,244** | **318,007** |
| **Shareholders' equity and liabilities** | Note 19 | | | | | | | | |
| Equity attributable to the equity holder of the Parent Company | | 75,582 | 65,090 | 8,999 | 8,020 | – | – | 84,581 | 73,110 |
| Minority interests | | 1,100 | 1,011 | – | – | – | – | 1,100 | 1,011 |
| **Total shareholders' equity** | | **76,682** | **66,101** | **8,999** | **8,020** | **–** | **–** | **85,681** | **74,121** |
| *Non-current provisions* | | | | | | | | | |
| Provisions for post-employment benefits | Note 20 | 6,635 | 7,478 | 30 | 32 | – | – | 6,665 | 7,510 |
| Provisions for deferred taxes | Note 10 | 4,171 | 3,026 | 1,465 | 1,496 | – | – | 5,636 | 4,522 |
| Other provisions | Note 21 | 5,492 | 5,785 | 154 | 150 | 2 | 1 | 5,648 | 5,936 |
| *Non-current liabilities* | Note 22 | | | | | | | | |
| Bond loans | | 38,192 | 38,767 | – | – | – | – | 38,192 | 38,767 |
| Other loans | | 38,848 | 37,180 | 8,974 | 8,225 | (57) | (78) | 47,765 | 45,327 |
| Internal funding[1] | | (35,453) | (26,971) | 33,459 | 25,927 | 1,994 | 1,044 | – | – |
| Other liabilities | | 12,902 | 11,172 | 740 | 389 | (3,195) | (2,330) | 10,447 | 9,231 |
| Current provisions | Note 21 | 9,438 | 8,429 | 92 | 105 | 1 | 1 | 9,531 | 8,534 |
| *Current liabilities* | Note 22 | | | | | | | | |
| Loans | | 38,644 | 32,101 | 6,741 | 8,299 | (863) | (799) | 44,522 | 39,601 |
| Internal funding[1] | | (24,837) | (21,220) | 35,373 | 33,643 | (10,536) | (12,423) | – | – |
| Non interest-bearing liabilities held for sale | Note 3 | 4,710 | 135 | – | – | – | – | 4,710 | 135 |
| Interest-bearing liabilities held for sale | Note 3 | 6 | – | – | – | – | – | 6 | – |
| Trade payables | | 56,546 | 47,111 | 242 | 139 | – | – | 56,788 | 47,250 |
| Tax liabilities | | 2,220 | 1,571 | 171 | 161 | – | – | 2,391 | 1,732 |
| Other liabilities | | 34,880 | 34,937 | 2,707 | 2,660 | (2,325) | (2,257) | 35,262 | 35,341 |
| **Total shareholders' equity and liabilities** | | **269,076** | **245,602** | **99,147** | **89,246** | **(14,979)** | **(16,841)** | **353,244** | **318,007** |

[1] Internal funding is internal lending from Industrial Operations to Customer Finance.

The Volvo Group's cash, cash equivalents and marketable securities combined, amounted to SEK 37.2 billion at December 31, 2011. Of this, SEK 9.3 billion are restricted for immediate use by the Volvo Group compared to SEK 7.4 billion a year earlier. In addition to this, granted but not utilized credit facilities amounted to SEK 33.4 billion.

Total assets in the Group amounted to SEK 353.2 billion on December 31, 2011, an increase of SEK 35.2 billion compared to year-end 2010. The increase is mainly a result of increase in inventories and accounts receivables, increased customer financing receivables due to portfolio growth in the Customer Finance Operations and increase in assets under operating lease mainly related to the construction equipment rental operation.

The Group's intangible assets amounted to SEK 39.5 billion on December 31, 2011. Investments in research and development amounted to SEK 4.2 billion in 2011, resulting in a net value of capitalized development costs of SEK 11.5 billion at the end of the year. The Group's total goodwill amounted to SEK 23.9 billion on December 31, 2011, an increase by SEK 1.0 billion compared to year-end 2010 as a result of aquisitions in the construction equipment rental operation.

The tangible assets increased by SEK 4.6 billion during 2011, mainly related to the expansion in the construction equipment rental operation.

The value of the inventories increased by SEK 4.8 billion during 2011. The increase is mainly related to finished products within the truck operations and construction equipment.

The net value of assets and liabilities related to pensions and similar obligations amounted to SEK 4.4 billion on December 31, 2011, a decrease of SEK 1.5 billion compared to year-end 2010. Post-employment benefits valued at SEK 12.2 billion were reported outside the Volvo Group's balance sheet. For further information see Note 20.

At year-end, the equity ratio in the Industrial Operations was 28.5% and in the Volvo Group 24.3%. Shareholder's equity in the Volvo Group amounted to SEK 85.7 billion at December 31, 2011.

**Net debt, Industrial Operations,** SEK bn

| 2010 | | | | 2011 | | | |
|---|---|---|---|---|---|---|---|
| Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| (45.0) | (39.9) | (38.4) | (24.7) | (27.3) | (28.3) | (29.6) | (19.3) |



| Net financial position, SEK M | Industrial Operations | | Volvo Group | |
|---|---|---|---|---|
| | Dec 31 2011 | Dec 31 2010 | Dec 31 2011 | Dec 31 2010 |
| Non-current interest-bearing assets | | | | |
| Non-current customer-financing receivables | – | – | 40,618 | 36,025 |
| Non-current interest-bearing receivables | 757 | 941 | 694 | 766 |
| Current interest-bearing assets | | | | |
| Customer-financing receivables | – | – | 38,081 | 36,663 |
| Interest-bearing receivables | 1,461 | 1,071 | 667 | 342 |
| Internal funding | 2,253 | 7,505 | – | – |
| Interest-bearing assets held for sale | 4 | – | 4 | – |
| Marketable securities | 6,838 | 9,735 | 6,862 | 9,767 |
| Cash and bank | 29,113 | 21,756 | 30,379 | 22,966 |
| **Total financial assets** | **40,426** | **41,008** | **117,305** | **106,529** |
| Non-current interest-bearing liabilities | | | | |
| Bond loans | (38,192) | (38,767) | (38,192) | (38,767) |
| Other loans | (38,848) | (37,180) | (47,765) | (45,327) |
| Internal funding | 35,453 | 26,971 | – | – |
| Current interest-bearing liabilities | | | | |
| Loans | (38,644) | (32,101) | (44,522) | (39,601) |
| Internal funding | 24,837 | 21,220 | – | – |
| Interest-bearing liabilities held for sale | (6) | – | (6) | – |
| **Total financial liabilities** | **(55,400)** | **(59,857)** | **(130,485)** | **(123,695)** |
| Net financial position excl. post employment benefits | (14,974) | (18,849) | (13,180) | (17,166) |
| Provision for post employment benefits, net | (4,372) | (5,842) | (4,388) | (5,862) |
| Net financial position incl. post employment benefits | (19,346) | (24,691) | (17,568) | (23,028) |

| Change in net financial position, Industrial Operations, SEK bn | 2011 | 2010 |
|---|---|---|
| **Beginning of period** | **(24.7)** | **(41.5)** |
| Cash flow from operating activities | 26.9 | 28.8 |
| Investments in fixed assets (to)/from | (14.0) | (10.6) |
| Disposals | 1.2 | 0.8 |
| **Operating cash-flow** | **14.1** | **19.0** |
| Investments and divestments of shares | (0.1) | (0.1) |
| Acquired and divested operations, net | (3.0) | 0.2 |
| Capital injections (to)/from Customer Finance Operations | (0.1) | (0.5) |
| Currency effect | (1.9) | (1.6) |
| Payment to AB Volvo shareholders | (5.1) | – |
| Dividend paid to minority shareholders | 0.0 | (0.1) |
| Other | 1.5 | (0.1) |
| **Total change** | **5.4** | **16.8** |
| **Net financial position at end of period** | **(19.3)** | **(24.7)** |

Read more about capital structure on page 6–7 »

## CASH-FLOW STATEMENT
# STRONG OPERATING CASH-FLOW

During 2011, operating cash flow in the Industrial Operations amounted to SEK 14.1 billion (19.0).

### CONSOLIDATED CASH-FLOW STATEMENTS

| SEK M | | Industrial operations Dec 31 2011 | Industrial operations Dec 31 2010 | Customer Finance Dec 31 2011 | Customer Finance Dec 31 2010 | Eliminations Dec 31 2011 | Eliminations Dec 31 2010 | Volvo Group Total Dec 31 2011 | Volvo Group Total Dec 31 2010 |
|---|---|---|---|---|---|---|---|---|---|
| **Operating activities** | | | | | | | | | |
| Operating income (loss) | | 25,957 | 17,834 | 942 | 167 | 0 | (1) | 26,899 | 18,000 |
| Depreciation tangible assets | Note 13 | 6,109 | 6,060 | 15 | 15 | 0 | 2 | 6,124 | 6,077 |
| Amortization intangible assets | Note 12 | 3,227 | 3,282 | 20 | 23 | 0 | 0 | 3,247 | 3,305 |
| Depreciation leasing vehicles | Note 13 | 2,083 | 1,996 | 2,537 | 2,415 | 1 | (1) | 4,621 | 4,410 |
| Other non-cash items | Note 29 | 622 | 170 | 614 | 1,330 | 26 | 61 | 1,262 | 1,561 |
| Total change in working capital whereof | | (4,180) | 4,576 | (13,831) | 148 | 2,926 | 77 | (15,085) | 4,801 |
| Change in accounts receivable | | (3,094) | (4,049) | (101) | 316 | 0 | 0 | (3,195) | (3,733) |
| Change in customer financing receivables | | (240) | (174) | (14,202) | (1,271) | 3,007 | 98 | (11,435) | (1,347) |
| Change in inventories | | (7,099) | (4,769) | (155) | 847 | 0 | 1 | (7,254) | (3,921) |
| Change in trade payables | | 9,871 | 13,057 | 107 | (46) | 0 | 0 | 9,978 | 13,011 |
| Other changes in working capital | | (3,618) | 511 | 520 | 302 | (81) | (22) | (3,179) | 791 |
| Interest and similar items received | | 720 | 532 | – | – | (42) | (103) | 678 | 429 |
| Interest and similar items paid | | (3,391) | (2,768) | – | – | 12 | 36 | (3,379) | (2,732) |
| Other financial items | | (184) | (604) | – | – | 0 | 0 | (184) | (604) |
| Income taxes paid | | (4,129) | (2,255) | (384) | (336) | 0 | 1 | (4,513) | (2,590) |
| **Cash flow from operating activities** | | **26,834** | **28,823** | **(10,087)** | **3,762** | **2,923** | **72** | **19,670** | **32,657** |
| **Investing activities** | | | | | | | | | |
| Investments in tangible assets | | (8,267) | (6,729) | (50) | (97) | 27 | 67 | (8,290) | (6,759) |
| Investments in intangible assets | | (4,293) | (3,557) | (20) | (18) | 0 | 0 | (4,313) | (3,575) |
| Investment in leasing vehicles | | (1,422) | (295) | (6,044) | (4,554) | 53 | 38 | (7,413) | (4,811) |
| Disposals of fixed assets and leasing vehicles | | 1,233 | 776 | 2,099 | 2,293 | 0 | (2) | 3,332 | 3,067 |
| **Operating cash flow** | | **14,085** | **19,018** | **(14,102)** | **1,386** | **3,003** | **175** | **2,986** | **20,579** |
| Investments and divestments of shares, net | Note 5,29 | | | | | | | (119) | (106) |
| Acquired and divested operations, net | Note 3,29 | | | | | | | (1,590) | 617 |
| Interest-bearing receivables incl marketable securities | | | | | | | | 2,665 | 6,813 |
| **Cash-flow after net investments** | | | | | | | | **3,942** | **27,903** |
| **Financing activities** | | | | | | | | | |
| Change in loans, net | Note 29 | | | | | | | 8,734 | (25,711) |
| Dividend to AB Volvo shareholders | | | | | | | | (5,069) | – |
| Dividend to minority shareholders | | | | | | | | (2) | (75) |
| Other | | | | | | | | (30) | (25) |
| **Change in cash and cash equivalents excl. translation differences** | | | | | | | | **7,575** | **2,092** |
| Translation difference on cash and cash equivalents | | | | | | | | (162) | (360) |
| **Change in cash and cash equivalents** | | | | | | | | **7,413** | **1,732** |
| Cash and cash equivalents, Beginning of year | Note 18 | | | | | | | 22,966 | 21,234 |
| Cash and cash equivalents, End of year | Note 18 | | | | | | | 30,379 | 22,966 |

The cash flow within Industrial Operations was positively affected by the operating income and negatively affected by the increased working capital. Accounts receivables and inventories increased with SEK 3.1 and 7.1 billion respectively, partly offset by the increase of trade payables of SEK 9.9 billion.

Financial items and paid income taxes had a SEK 6.9 billion negative effect on cash flow within Industrial Operations, mainly through payments of interests and income tax.

Operating cash flow within Customer Finance was a negative SEK 14.1 billion (pos: SEK 1.4 billion), mainly due to increased customer financing-receivables.

### Investments

The Industrial Operations' investments in fixed assets and capitalized R&D during 2011 amounted to SEK 12.6 billion (10.3).

Capital expenditures in Trucks amounted to SEK 8.4 billion (7.2). The capital expenditures within Trucks consist to a large extent of investments related to product renewals in our product program, with product development activities and required adaptations in the plants. In the plants there are also ongoing investments aiming for increased capacity and flexibility, mainly in the cab plant in Umeå, Sweden, and in the engine plants with machining and assembly processes in Skövde, Sweden, and Ageo, Japan. During 2011 we have also invested in the dealer network and workshops, mainly in Europe and Asia, as well as in our joint venture VE Commercial Vehicles (VECV).

Capital investments for Construction Equipment amounted to SEK 1.9 billion (1.4). As for previous year, the majority of the investments refer to expansion of the excavator business for both Volvo brand and SDLG brand. During 2011 mainly China and Korea have been impacted, in capacity investments in machining and assembly area. Product related investments during the year refer to the emission regulations in Europe and North America, and Tier 2 and Tier 3 requirements for new models in the BRIC countries.

The investments within Volvo Aero was during 2011 SEK 0.5 billion (0.8). The majority of the investments refer to the involvement in the new engine programs, PW1100G and PW1000G with Pratt & Whitney, and Trent XWB with Rolls-Royce. The investments also refer to finalization of a number of investments in Volvo Aero's production facilities in order to secure the capacity required for the XWB and GP7000 program (P&W), and rationalizations in the spool shop.

The investments in Buses were SEK 0.3 billion (0.2), and in Volvo Penta SEK 0.2 billion (0.2).

Investments in leasing assets amounted to SEK 1.4 billion (0.3), the increase versus previous year refers mainly to expansion of the rental fleet as well as replacement of existing fleet.

For 2012, the Volvo Group estimates that investments in property, plant and equipment will be around SEK 10 billion. The investment level is however pending the market development, and in order to be able to adapt the level, the ongoing and future investments are continuously reviewed and prioritized. The investments in coming product programs continue during 2012, as well as the expansion of the business in the BRIC countries.

### Acquisitions and divestments

Acquired and divested operations 2011 had a negative impact on cash flow of SEK 1.6 billion (positive 0.6).

Acquired operations refer mainly to several minor acquisitions of assets and liabilities in construction equipment rental operations. The remaining minority interest in Volvo Aero Norge and UD Trucks South Africa has also been acquired during the year.

### Financing and dividend

Net borrowings increased cash and cash equivalents by SEK 8.7 billion during 2011.

During the year dividend of SEK 5.1 billion, corresponding to SEK 2.50 per share, was paid to the shareholders of AB Volvo.

### Change in cash and cash equivalents

The Group's cash and cash equivalents increased by SEK 7.4 billion during the year and amounted to SEK 30.4 billion at December 31, 2011.

>> **Refer to Note 29** for principles for preparing the cash flow analysis.

**Operating cash flow, Industrial Operations,** SEK bn



| | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2010 | (2.7) | 8.5 | (1.9) | 15.1 |
| 2011 | (4.0) | 5.2 | 2.2 | 10.7 |

**Capital expenditures, Industrial Operations**



Property, plant and equipment, SEK bn
Capitalized development costs, SEK bn
Capital expenditures, % of net sales

| | 07 | 08 | 09 | 10 | 11 |
|---|---|---|---|---|---|
| | 8.0 | 10.5 | 7.7 | 7.1 | 8.5 |
| | 2.1 | 2.1 | 2.6 | 3.2 | 4.1 |
| | 3.6 | 4.3 | 5.0 | 4.0 | 4.1 |

**Self-financing ratio, Industrial Operations** %



| 07 | 08 | 09 | 10 | 11 |
|---|---|---|---|---|
| 265 | 78 | (16) | 294 | 210 |

Cash-flow from operating activities divided by net investments in fixed assets and leasing assets.

## CHANGES IN CONSOLIDATED SHAREHOLDERS' EQUITY

| SEK M | | Shareholders' equity attributable to equity holders of the Parent Company | | | | | Minority interests | Total equity |
|---|---|---|---|---|---|---|---|---|
| | | Share capital | Other reserves[1] | Translation reserve | Retained earnings | Total | | |
| Balance at December 31, 2009 | | 2,554 | 123 | 6,112 | 57,616 | 66,405 | 629 | 67,034 |
| Transition effect IFRS 3, capitalized transaction costs | | – | – | – | (135) | (135) | – | (135) |
| Total equity at beginning of period | | 2,554 | 123 | 6,112 | 57,481 | 66,270 | 629 | 66,899 |
| Income for the period | | – | – | – | 10,866 | 10,866 | 346 | 11,212 |
| *Other comprehensive income* | | | | | | | | |
| Translation differences on foreign operations | | – | – | (3,859) | – | (3,859) | (32) | (3,891) |
| Translation differences on hedge instruments of net investments in foreign operations | | – | – | 113 | – | 113 | – | 113 |
| Accumulated translation differences reversed to income | | – | – | (95) | – | (95) | – | (95) |
| Available-for-sale investments: | Note 5, 19 | | | | | | | |
| Gains/losses at valuation to fair value | | – | 148 | – | – | 148 | – | 148 |
| Change in cash flow hedge reserve | Note 19 | – | (156) | – | – | (156) | – | (156) |
| Other comprehensive income | | – | (8) | (3,841) | – | (3,849) | (32) | (3,881) |
| Total income for the period | | – | (8) | (3,841) | 10,866 | 7,017 | 314 | 7,331 |
| *Transactions with shareholders* | | | | | | | | |
| Dividends to shareholders | | – | – | – | – | – | (412) | (412) |
| Capital contribution | | – | – | – | – | – | 358 | 358 |
| Share based payments | Note 27 | – | – | – | – | – | – | – |
| Changes in minority interests | | – | – | – | (180) | (180) | 115 | (65) |
| Other changes | | – | – | – | 3 | 3 | 7 | 10 |
| Transactions with shareholders | | – | – | – | (177) | (177) | 68 | (109) |
| Balance at December 31, 2010 | | 2,554 | 115 | 2,271 | 68,170 | 73,110 | 1,011 | 74,121 |
| Income for the period | | – | – | – | 17,751 | 17,751 | 364 | 18,115 |
| *Other comprehensive income* | | | | | | | | |
| Translation differences on foreign operations | | – | – | (1,062) | – | (1,062) | 82 | (980) |
| Translation differences on hedge instruments of net investments in foreign operations | | – | – | (3) | – | (3) | – | (3) |
| Accumulated translation differences reversed to income | | – | – | (30) | – | (30) | – | (30) |
| Available-for-sale investments: | Note 5, 19 | | | | | | | |
| Gains/losses at valuation to fair value | | – | 39 | – | – | 39 | – | 39 |
| Change in cash flow hedge reserve | Note 19 | – | (144) | – | – | (144) | – | (144) |
| Other comprehensive income for the period | | – | (105) | (1,095) | – | (1,200) | 82 | (1,118) |
| Total income for the period | | – | (105) | (1,095) | 17,751 | 16,551 | 446 | 16,997 |
| *Transactions with shareholders* | | | | | | | | |
| Dividends to shareholders | | – | – | – | (5,069) | (5,069) | (2) | (5,071) |
| Transactions with minority interests | | – | – | – | (67) | (67) | – | (67) |
| Share based payments | Note 27 | – | – | – | 57 | 57 | – | 57 |
| Changes in minority interests | | – | – | – | – | – | (356) | (356) |
| Other changes | | – | – | – | (1) | (1) | 1 | (0) |
| Transactions with shareholders | | – | – | – | (5,080) | (5,080) | (357) | (5,437) |
| Balance at December 31, 2011 | | 2,554 | 10 | 1,176 | 80,841 | 84,581 | 1,100 | 85,681 |

1 For specification of other reserves, see Note 19.