ANN M. ASIANO (SBN 094891)
MICHAEL A. KING (SBN 077014)
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone:  (415) 464-8888
Facsimile:  (415) 464-8887

Attorneys for Defendants
WITTKE WASTE EQUIPMENT,
LABRIE ENVIRONMENTAL GROUP, and
FEDERAL SIGNAL CORPORATION

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RAYMOND MARIOLLE,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; WITTKE WASTE EQUIPMENT, LABRIE ENVIRONMENTAL GROUP, FEDERAL SIGNAL CORPORATION,<br><br>Defendants. | CASE NO.  C-09-1209 MMC (MEJ)<br><br>**[PROPOSED]** **ORDER GRANTING EXTENSION OF TIME FOR SUBMISSION OF REPLY MEMORANDUM RE: REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FRCP 58(d)** |

IT IS HEREBY ORDERED, good cause appearing, based upon settlement of all matters between Plaintiffs RAYMOND MARIOLLE and REGINA MARIOLLE and Defendants WITTKE WASTE EQUIPMENT, LABRIE ENVIRONMENTAL GROUP, and FEDERAL SIGNAL CORPORATION, that Defendants have an additional 30 days to file their reply memorandum re: Request for Entry of Second Amended Judgment, after which time the court will make its ruling.  The Reply Memorandum will now be due no later than November 19, 2012, if final settlement is not reached.

Date:    October 22, 2012

_____
MAXINE M. CHESNEY
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR SUBMISSION OF REPLY MEMORANDUM
RE: REQUEST FOR ENTRY OF JUDGMENT
UNITED STATES DISTRICT COURT CASE NO.  C-09-1209 MMC (MEJ)