GARY B. ROTH, Esq., State Bar No. 248031
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 500
Oakland, California 94612
Telephone:     (510) 835-8870
Facsimile:     (510) 835-0415
E-mail:        groth@boxerlaw.com

Attorneys for Plaintiff
RAYMOND P. MARIOLLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT; FEDERAL SIGNAL CORPORATION and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C-09-1209 MMC (MEJ)<br><br>Assigned for All Purpose to the Honorable Maxine M. Chesney<br><br>[~~PROPOSED~~] ORDER TO SCHEDULE JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS |

Pursuant to the Motion of Judgment Creditors for issuance of this Court's Order scheduling Judgment Debtor Examination and production of documents, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1.      A representative of Volvo Group North America, Inc. ("Volvo") shall personally appear before this Court on __November 26, 2012__ at __9:30__ a.m. in Courtroom __B__ and shall be sworn to tell the truth and give testimony at a Judgment Debtor Examination.

2.      At least one week prior to the above-scheduled Judgment Debtor Examination, Volvo shall produce the following documents to Gary B. Roth, Boxer & Gerson LLP, 300 Frank H. Ogawa Plaza, Rotunda Building, Suite 500, Oakland, California 94612, counsel for plaintiffs:

  A. Any and all information or documentation identifying real property, computers, intellectual property, vehicles, brokerage accounts, bank deposits, and all other assets that may be available for execution to satisfy the Judgment entered by this Court, including, but not limited to, information relating to financial accounts, monies owed to Volvo by others, etc.

  B. All tax returns filed by Volvo with any government body for the years 2009 through the present, including all schedules, W-2s and 1099s.

  C. All of Volvo's accounting records, computerized, electronic, and/or imprinted or paper format for the years 2009 through the present.

  D. All of Volvo's statements, canceled checks and related banking documents for any bank, brokerage or other financial account at least partially controlled by Volvo, or recorded in the name of Volvo, or one of its directors or officers for Volvo's benefit, for the years 2009 through the present.

  E. All of Volvo's check books, check book stubs, and check book entries for the years 2009 through the present.

  F. All policies of insurance, whether comprehensive, general liability, excess liability, indemnity agreements, reinsurance agreements or other forms of security by which Volvo may satisfy the Judgment in favor of Raymond and Regina Mariolle.

  G. Documents related to any sale, merger, transfer or other disposition of the equity, assets, and/or liabilities of Volvo, including but not limited to a sale, merger, transfer or other disposition of Volvo itself, for the years 2000 through present.

DATED AND DONE:

  This _24_ day of __October__, 2012.

_____
United States

*IT IS SO ORDERED*
*Judge Maria-Elena James*
(United States District Court, Northern District of California seal)

2

[PROPOSED] ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION AND TO PRODUCE DOCUMENTS