ANTHONY E. SONNETT, SB# 163182
  E-Mail: asonnett@lbbslaw.com
TREVOR J. INGOLD, SB# 193227
  E-Mail: tingold@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone:    213.250.1800
Facsimile:    213.250.7900

Attorneys for Defendant
VOLVO TRUCKS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>            Plaintiff,<br><br>    vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT; FEDERAL SIGNAL CORPORATION; AND DOES 1 through 25, inclusive, ,<br><br>            Defendant. | CASE NO. 3:09-cv-1209 MMC<br>                      3:09-cv-4250 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DEADLINES REGARDING DEFENDANT VOLVO TRUCKS NORTH AMERICA, INC.'S *EX PARTE* MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT** |

**IT IS HEREBY STIPULATED AND AGREED**, based upon the pending settlement of all matters before this Court and on Appeal between plaintiffs RAYMOND MARIOLLE and REGINA MARIOLLE ("Plaintiffs") and defendant VOLVO TRUCKS NORTH AMERICA, INC. ("VTNA"), that with the Court's permission, all deadlines related to VTNA's *Ex Parte* Motion for Stay of Enforcement of the Judgment be continued for 45 days.  This stipulation is made on the grounds that Plaintiffs and VTNA expect to have their settlement finalized within the next 45

1  days, which will make the current *ex parte* motion before the Court moot.

2      IT IS SO STIPULATED.

3  DATED: October 30, 2012        BOXER & GERSON LLP

4

5          By:  */s/ Gary B. Roth*

6              Gary B. Roth
            Attorneys for Plaintiffs

7              RAYMOND MARIOLLE and REGINA
            MARIOLLE

8

9  DATED: October 30, 2012

10          LEWIS BRISBOIS BISGAARD & SMITH LLP

11

12          By:  */s/ Anthony E. Sonnett*

13              Anthony E. Sonnett
            Trevor J. Ingold

14              Attorneys for Defendant
            VOLVO TRUCKS NORTH AMERICA, INC.

15

16          **[PROPOSED] ORDER**

17

18  **IT IS SO ORDERED.**

19

20  DATED: _____    _____
                                                  Judge of the Superior Court

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DEADLINES RE: DEFENDANT'S *EX PARTE* MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT**

**FEDERAL COURT PROOF OF SERVICE**

Raymond Mariolle v. Volvo Group North America, Inc., et al. - File No. 5.802

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 30, 2012, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DEADLINES REGARDING DEFENDANT VOLVO TRUCKS NORTH AMERICA, INC.'S EX PARTE MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on October 30, 2012, at Los Angeles, California.

*/s/ Brenna Phillips*
Brenna Phillips

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

4816-6736-3345.1                                            3:09-cv-1209 MMC
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DEADLINES RE: DEFENDANT'S *EX PARTE* MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT**

## SERVICE LIST
*Raymond v. Volvo Trucks*
**Case No.: C09-01209 MMC**

| | |
|---|---|
| John M. Anton, Esq.<br>Gary B. Roth, Esq.<br>groth@boxerlaw.com<br>BOXER & GERSON, LLP<br>300 Frank H. Ogawa Plaza<br>Rotunda Building, Suite 500<br>Oakland, CA 94612<br>Telephone: (510) 835-8870<br>Facsimile: (510) 835-0415 | Attorneys for Plaintiff<br>**Raymond Mariolle** |
| Douglas A. Kroesch, Esq.<br>dkroesch@gbklawoffices.com<br>GALLAWA BROWN KROESCH<br>2207 "J" Street<br>Sacramento, CA 95816-4711<br>Telephone: (916) 444-9364<br>Facsimile: (516) 444-5921 | Attorneys for Defendants<br>**Amsted Industries Incorporated & Consolidated Metco, Inc.** |
| Peder K. Batalden, Esq.<br>John F. Querio, Esq.<br>HORVITZ & LEVY, LLP<br>15760 Ventura Blvd., 18th Floor<br>Encino, CA 91436-3000<br>Telephone: (818) 995-0800 | Appellate Attorneys for Defendants<br>**Amsted Industries Incorporated & Consolidated Metco, Inc.** |
| Slade J. Neighbors, Esq.<br>slade@sladeneighbors.com<br>Marla B. Shah, Esq.<br>marla@sladeneighbors.com<br>Law Offices of Slade J. Neighbors<br>16530 Ventura Blvd., Ste. 625<br>Encino, CA 91436<br>Telephone: (818) 784-7368*<br>Facsimile: (818) 788-9290 | Attorneys for Lien Claimant<br>**Livermore Dublin Disposable Waste Management** |
| Ann Asiano, Esq.<br>aasiano@professionals-law.com<br>Lisa Feramisco, Esq.<br>lferamisco@professionals-law.com<br>BRADLEY, CURLEY, ASIANO, BARRABEE, & GALE, P.C.<br>1100 Larkspur Landing Circle, Suite 200<br>Larkspur, CA 94939<br>Telephone: (415) 464-8888 Ext. 249<br>Facsimile: (415) 464-8887 | Attorneys for Defendants<br>**Labrie Environmental Group, Wittke Waste Equipment and Federal Signal Corporation** |

4816-6736-3345.1                                                                                             3:09-cv-1209 MMC

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DEADLINES RE: DEFENDANT'S *EX PARTE* MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT**

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| Andrew C. Baak<br>BARTLIT BECK HERMAN PALENCHAR &<br>SCOTT LLP<br>54 W. Hubbard St., Suite 300<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>Facsimile:  (312) 494-4440 | Appellate Attorneys for Defendants<br>**Labrie Environmental Group, Wittke Waste Equipment and Federal Signal Corporation** |

4816-6736-3345.1                                                                                              3:09-cv-1209 MMC

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DEADLINES RE: DEFENDANT'S *EX PARTE* MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT**