| | |
|---|---|
| 1 | ANTHONY E. SONNETT, SB# 163182<br>  E-Mail: asonnett@lbbslaw.com |
| 2 | TREVOR J. INGOLD, SB# 193227<br>  E-Mail: tingold@lbbslaw.com |
| 3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>221 N. Figueroa Street, Suite 1200 |
| 4 | Los Angeles, California 90012<br>Telephone:    213.250.1800 |
| 5 | Facsimile:    213.250.7900 |
| 6 | Attorneys for Defendant<br>VOLVO TRUCKS NORTH AMERICA, INC. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>     Plaintiff,<br><br>     vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT; FEDERAL SIGNAL CORPORATION; AND DOES 1 through 25, inclusive, ,<br><br>     Defendant. | CASE NO. 3:09-cv-1209 MMC<br>              3:09-cv-4250 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DEADLINES REGARDING DEFENDANT VOLVO TRUCKS NORTH AMERICA, INC.'S *EX PARTE* MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT** |

**IT IS HEREBY STIPULATED AND AGREED**, based upon the pending settlement of all matters before this Court and on Appeal between plaintiffs RAYMOND MARIOLLE and REGINA MARIOLLE ("Plaintiffs") and defendant VOLVO TRUCKS NORTH AMERICA, INC. ("VTNA"), that with the Court's permission, all deadlines related to VTNA's *Ex Parte* Motion for Stay of Enforcement of the Judgment be continued for 45 days.  This stipulation is made on the grounds that Plaintiffs and VTNA expect to have their settlement finalized within the next 45



1  days, which will make the current *ex parte* motion before the Court moot.

2       IT IS SO STIPULATED.

3  DATED: October 30, 2012            BOXER & GERSON LLP

By: */s/ Gary B. Roth*
Gary B. Roth
Attorneys for Plaintiffs
RAYMOND MARIOLLE and REGINA MARIOLLE

DATED: October 30, 2012

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Anthony E. Sonnett*
Anthony E. Sonnett
Trevor J. Ingold
Attorneys for Defendant
VOLVO TRUCKS NORTH AMERICA, INC.

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

DATED: October 30, 2012

~~Judge of the Superior Court~~
United States District Judge