

**FILED**

**OCT 31 2012**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>CONSOLIDATED METCO, INCORPORATED and AMSTED INDUSTRIES, INCORPORATED,<br><br>   Defendants - Appellants. | No. 12-17206<br><br>D.C. No. 3:09-cv-01209-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| RAYMOND P. MARIOLLE,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>WITTKE WASTE EQUIPMENT,<br><br>   Defendant - Appellant. | No. 12-17212<br><br>D.C. No. 3:09-cv-01209-MMC<br>Northern District of California,<br>San Francisco |

amt/Pro Mo 31Oct2012

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>VOLVO TRUCKS NORTH AMERICA, INC.,<br><br>   Defendant - Appellant. | No. 12-17321<br><br>D.C. No. 3:09-cv-01209-MMC<br>Northern District of California,<br>San Francisco |
| RAYMOND P. MARIOLLE; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>VOLVO TRUCKS NORTH AMERICA, INC., CONSOLIDATED METCO, INCORPORATED; et al.,<br><br>   Defendants - Appellees. | No. 12-17324<br><br>D.C. No. 3:09-cv-01209-MMC<br>Northern District of California,<br>San Francisco |

  Court Reporter Sahar Bartlett's motion for an extension of time to file the reporter's transcript is granted. This order waives the mandatory fee reduction for late delivery of transcripts. The transcript is due March 4, 2013. The briefing schedule will be reset in a separate order.

amt/Pro Mo 31Oct2012

      The Clerk shall provide a copy of this order to Court Reporter Bartlett at the district court.

                              For the Court:
                              MOLLY C. DWYER
                              Clerk of the Court


                              Alihandra M. Totor
                              Deputy Clerk
                              Ninth Circuit Rules 27-7 and 27 10

amt/Pro Mo 31Oct2012