1  ANN M. ASIANO (SBN 094891)
   MICHAEL A. KING (SBN 077014)
2  BRADLEY, CURLEY, ASIANO,
   BARRABEE, ABEL & KOWALSKI, P.C.
3  1100 Larkspur Landing Circle, Suite 200
   Larkspur, CA 94939
4  Telephone:  (415) 464-8888
   Facsimile:  (415) 464-8887
5
   Attorneys for Defendants
6  WITTKE WASTE EQUIPMENT,
   LABRIE ENVIRONMENTAL GROUP, and
7  FEDERAL SIGNAL CORPORATION

8                    IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10  RAYMOND MARIOLLE,                          CASE NO.  C-09-1209 MMC (MEJ)

11                    Plaintiff,

12         vs.                                 [PROPOSED] ORDER GRANTING
                                               FURTHER EXTENSION OF TIME FOR
13  VOLVO GROUP NORTH AMERICA,                 SUBMISSION OF REPLY
    INC.; CONSOLIDATED METCO, INC.;            MEMORANDUM RE: REQUEST FOR
14  AMSTED INDUSTRIES, INC.; WITTKE            ENTRY OF JUDGMENT PURSUANT TO
    WASTE EQUIPMENT, LABRIE                    FRCP 58(d)
15  ENVIRONMENTAL GROUP, FEDERAL
    SIGNAL CORPORATION,
16
                     Defendants.
17

18

19         IT IS HEREBY ORDERED, good cause appearing, based upon settlement of all matters

20  between Plaintiffs RAYMOND MARIOLLE and REGINA MARIOLLE and Defendants

21  WITTKE WASTE EQUIPMENT, LABRIE ENVIRONMENTAL GROUP, and FEDERAL

22  SIGNAL CORPORATION, that Defendants have an additional 30 days to file their reply

23  memorandum re: Request for Entry of Second Amended Judgment, after which time the court will

24  make its ruling.  The Reply Memorandum will now be due no later than December 19, 2012.

25

26  Date:   November 16, 2012

27                                             MAXINE M. CHESNEY
                                               United States District Judge

28

- 1 -
[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR SUBMISSION OF REPLY MEMORANDUM
RE: REQUEST FOR ENTRY OF JUDGMENT
UNITED STATES DISTRICT COURT CASE NO.  C-09-1209 MMC (MEJ)