ANN M. ASIANO (SBN 094891)
MICHAEL A. KING (SBN 077014)
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887

Attorneys for Defendants
WITTKE WASTE EQUIPMENT,
LABRIE ENVIRONMENTAL GROUP, and
FEDERAL SIGNAL CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RAYMOND MARIOLLE,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; WITTKE WASTE EQUIPMENT, LABRIE ENVIRONMENTAL GROUP, FEDERAL SIGNAL CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. C-09-1209 MMC<br>C-09-4250 MMC<br><br>ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT<br><br>**Hon. Maxine M. Chesney**<br>**Trial Date: April 30, 2012** |

Plaintiffs RAYMOND MARIOLLE and REGINA MARIOLLE hereby acknowledge: (a) satisfaction of the September 4, 2012, amended judgment and (b) that Wittke Waste Equipment (a dissolved corporation) has fully satisfied any obligations under that amended judgment, and the verdict of the jury.

DATED: December 13, 2012        BOXER & GERSON

By: _____
GARY B. ROTH
Attorneys for Plaintiffs RAYMOND and REGINA MARIOLLE

---

i

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT