ANN M. ASIANO (SBN 094891)
MICHAEL A. KING (SBN 077014)
BRADLEY, CURLEY, ASIANO,
BARRABEE, ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887

Attorneys for Defendants
WITTKE WASTE EQUIPMENT,
LABRIE ENVIRONMENTAL GROUP, and
FEDERAL SIGNAL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| RAYMOND MARIOLLE,<br><br>Plaintiff,<br><br>vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; WITTKE WASTE EQUIPMENT, LABRIE ENVIRONMENTAL GROUP, FEDERAL SIGNAL CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. C-09-1209 MMC<br>C-09-4250 MMC<br><br>ORDER GRANTING<br>REQUEST FOR DISMISSAL<br><br>**Hon. Maxine M. Chesney**<br>**Trial Date: April 30, 2012** |

Plaintiffs RAYMOND MARIOLLE and REGINA MARIOLLE hereby dismiss with prejudice their Complaints against Defendants Labrie Environmental Group and Federal Signal Corporation. All parties to bear their own costs and fees.

DATED: December 13, 2012                     BOXER & GERSON

                                              By: _____
                                              GARY B. ROTH
                                              Attorneys for Plaintiffs RAYMOND and
                                              REGINA MARIOLLE

IT IS SO ORDERED
Judge Maxine M. Chesney

Dated: January 2, 2013

i

REQUEST FOR DISMISSAL