GARY B. ROTH, ESQ., SB # 248031
E-Mail: groth@boxerlaw.com
**BOXER & GERSON, LLP**
300 Frank H. Ogawa Plaza, Suite 500
Oakland, California 94612
Telephone: 510.835.8870
Facsimile: 510.835.0415

Attorneys for Plaintiffs
RAYMOND P. MARIOLLE and REGINA MARIOLLE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND P. MARIOLLE,<br><br>  Plaintiff,<br><br>  vs.<br><br>VOLVO GROUP NORTH AMERICA, INC.; CONSOLIDATED METCO, INC.; AMSTED INDUSTRIES, INC.; LABRIE ENVIRONMENTAL GROUP; WITTKE WASTE EQUIPMENT; FEDERAL SIGNAL CORPORATION; AND DOES 1 through 25, inclusive,<br><br>  Defendant. | CASE NO. 3:09-cv-1209 MMC<br>       3:09-cv-4250 MMC<br><br>*[Assigned for all purposes to The Hon. Maxine M. Chesney]*<br><br>**SATISFACTION OF JUDGMENT**<br><br><br><br><br><br>Trial Date:   April 30, 2012 |

Plaintiffs RAYMOND P. MARIOLLE and REGINA MARIOLLE hereby acknowledge: (a) satisfaction of the September 4, 2012 amended judgment against defendant VOLVO TRUCKS NORTH AMERICA, INC. ("VTNA"), and (b) that VTNA has fully satisfied any obligations under that amended judgment.

DATED: January 15, 2013         BOXER & GERSON, LLP

                    By: _____
                        GARY B. ROTH
                        Attorneys for Plaintiffs RAYMOND P.
                        MARIOLLE and REGINA MARIOLLE.

4819-3323-0866.1                                3:09-cv-1209 MMC
                                                3:09-cv-4250 MMC

SATISFACTION OF JUDGMENT

# FEDERAL COURT PROOF OF SERVICE

Raymond Mariolle v. Volvo Trucks North America, Inc., et al. - File No. 5.802

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 22, 2013, I served the following document(s):  SATISFACTION OF JUDGMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on January 22, 2013, at Los Angeles, California.

*/s/ Brenna Phillips*
Brenna Phillips



**SERVICE LIST**
*Raymond v. Volvo Trucks*
**Case No.:  C09-01209 MMC**

| | |
|---|---|
| John M. Anton, Esq.<br>Gary B. Roth, Esq.<br>groth@boxerlaw.com<br>BOXER & GERSON, LLP<br>300 Frank H. Ogawa Plaza<br>Rotunda Building, Suite 500<br>Oakland, CA  94612<br>Telephone:  (510) 835-8870<br>Facsimile:  (510) 835-0415 | Attorneys for Plaintiff<br>**Raymond Mariolle** |
| Douglas A. Kroesch, Esq.<br>dkroesch@gbklawoffices.com<br>GALLAWA BROWN KROESCH<br>2207 "J" Street<br>Sacramento, CA  95816-4711<br>Telephone:  (916) 444-9364<br>Facsimile:  (516) 444-5921 | Attorneys for Defendants<br>**Amsted Industries Incorporated &<br>Consolidated Metco, Inc.** |
| Slade J. Neighbors, Esq.<br>slade@sladeneighbors.com<br>Marla B. Shah, Esq.<br>marla@sladeneighbors.com<br>Law Offices of Slade J. Neighbors<br>16530 Ventura Blvd., Ste. 625<br>Encino, CA  91436<br>Telephone:  (818) 784-7368*<br>Facsimile:  (818) 788-9290 | Attorneys for Lien Claimant<br>**Livermore Dublin Disposable Waste Management** |
| Ann Asiano, Esq.<br>aasiano@professionals-law.com<br>Lisa Feramisco, Esq.<br>lferamisco@professionals-law.com<br>BRADLEY, CURLEY, ASIANO,<br>BARRABEE, & GALE, P.C.<br>1100 Larkspur Landing Circle, Suite 200<br>Larkspur, CA  94939<br>Telephone:  (415) 464-8888 Ext. 249<br>Facsimile:  (415) 464-8887 | Attorneys for Defendants<br>**Labrie Environmental Group, Wittke Waste Equipment and Federal Signal Corporation** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW